| Kennel No: | Animal No: | **Animal Care Centers of NYC** |
|---|---|---|
| **M DVEA 01** | **A0927292** | Kennel Card |
| **NONE** | | **K12-094738** |



**Name:**
**CHICA**

**Color:**
**TAN & WHITE**

**Breed:**
**PIT BULL \ MIX MIX**

| Sex: | Age: |
|---|---|
| **SPAYED** | **8 yrs** |

| Collar Color: | Collar Type: | Tag: |
|---|---|---|
| | **NONE** | **12-52263** |

Markings:

Med Status: **2 NC \ GREEN**

Behavior Status: **2 NC \ AVERAGE**    Behavior Exam => AVERAGE

NOTDETERMI NONE                                    Weight : **45.00**

| Intake Date: | Dueout Date: | Intake Type: | Intake By: | Status |
|---|---|---|---|---|
| 03/22/2012 3:04 pm | 04/01/2012 | **STRAY /BUILDING** | **0700** | **PRE RTO** |

## PLEASE FLIP OVER TO LEARN MORE ABOUT ME!

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2017
```



Printed at:    4/26/17 11:59 am




# CHICA'S MEDICAL HISTORY

April 26, 2017



A0927292   DOG   TAN&WHITE   SPAYED FEMALE   PIT BULL/MIX

## 3/23/2012

| Condition | Status | Treatment | Exam | By | Date | Time | Location |
|---|---|---|---|---|---|---|---|
| | | BORDETELLA | | | 3/23/2012 | 2:20AM | M DVEA 01 |
| | | DEWORMING DOG | | | 3/23/2012 | 2:20AM | M DVEA 01 |
| APPARENTLY HEALTHY | 1 | | | 0389 | 3/23/2012 | 2:19AM | M DVEA 01 |

SCAN positive#985121008346324
BRIGHT, ALERT, RESPONSIVE, HYDRATED
PHYSICAL EXAM
Spayed
Mild tartar
Nosf

| APPARENTLY HEALTHY | 1 | | | 0389 | 3/23/2012 | 2:19AM | M DVEA 01 |
|---|---|---|---|---|---|---|---|
| | | DA2PP | | | 3/23/2012 | 2:20AM | M DVEA 01 |

## 3/26/2012

| Condition | Status | Treatment | Exam | By | Date | Time | Location |
|---|---|---|---|---|---|---|---|
| VOMITING | 2 NC | | | 0694 | 3/26/2012 | 2:17PM | M DVEA 01 |

SCAN positive#985121008346324
reported vomiting 3 times today
BAR, active, MM-pink
Abd palpation -nsf
A: vomiting poss diet related
P: famotidine inj 10mg/ml 1 cc sq
famotidine 10 mg tab 1 po bid 5 days
told to withhold food till afternoon

## 4/3/2012

| Condition | Status | Treatment | Exam | By | Date | Time | Location |
|---|---|---|---|---|---|---|---|
| BEHAVIOR | 2 NC | | | 0075 | 4/3/2012 | 12:08PM | M DVEA 01 |

*Helper 926974*
*Princess was calm and relaxed during handling. She played tug-of-war with the leash during tag interaction. Princess did not resist being handled while eating, and was easily pushed out of the food bowl, but was not interested in toys or rawhide. She was relaxed when approaching a friendly dog, but was not playful.*

*Look: 2. Dog pulls out of Assessor's hands each time without settling during three repetitions.*

*Sensitivity: 1. Dog leans into the Assessor, eyes soft, soft and loose body, open mouth.*

*Tag: 3. Dog turns towards the touch, grabs the leash and begins to tug while soft in body.*

*Squeeze 1: 1. Dog gently pulls back her paw*

*Squeeze 2: 1. Dog gently pulls back her paw.*

*Food 1. Dog lifts head and ceases eating when you reach to pull the bowl away or push her out.*

*Toy 1. No interest.*

*Rawhide 1. No interest.*

*Dog - dog 2. Dog approaches helper dog with tail at spine level, body not stiff, ears relaxed, and lip long*

## 4/10/2012

| Condition | Status | Treatment | Exam | By | Date | Time | Location |
|---|---|---|---|---|---|---|---|
| BEHAVIOR | 2 NC | | | 0674 | 4/10/2012 | 11:10AM | M DVEA 01 |
| *No diarrhea seen at this moment* | | | | | | | |

## 4/11/2012

| Condition | Status | Treatment | Exam | By | Date | Time | Location |
|---|---|---|---|---|---|---|---|
| VOMITING | 2 NC | | | 0636 | 4/11/2012 | 3:21PM | M DVEA 01 |
| | | RABIES VACC | | | 4/11/2012 | 3:22PM | M DVEA 01 |
| | | HEARTWORM TES | NEGATIVE | | 4/11/2012 | 3:22PM | M DVEA 01 |

A0927292   DOG   TAN&WHITE   SPAYED FEMALE   PIT BULL/MIX

IF YOU OR YOUR VETERINARIAN HAVE ANY QUESTIONS THE MEDICAL TREATMENT YOUR ANIMAL HAS RECEIVED PLEASE CALL 311

**( Veterinarian to sign below if animal is not to be sterilized )**

I hereby certify that I am a licensed veterinarian in the State of New York, and I have examined the above animal. I have determined as of this date that because of the above medical reason(s) the life of the above animal would be endangered by sterilization and therefore should not be done at this time.

_____    ____/____/____
Veterinarian                                            Date

MEDHIST2.RPT

A0927292

| T12-067545 BEHAVIOR | BEHAVIOR | AVERAGE | 04/03/2012 |

Helper 926974
Princess was calm and relaxed during handling. She played tug-of-war with the leash during tag interaction. Princess did not resist being handled while eating, and was easily pushed out of the food bowl, but was not interested in toys or rawhide. She was relaxed when approaching a friendly dog, but was not playful.

Look: 2. Dog pulls out of Assessor's hands each time without settling during three repetitions.

Sensitivity: 1. Dog leans into the Assessor, eyes soft, soft and loose body, open mouth.

Tag: 3. Dog turns towards the touch, grabs the leash and begins to tug while soft in body.

Squeeze 1: 1. Dog gently pulls back her paw

Squeeze 2: 1. Dog gently pulls back her paw.

Food 1. Dog lifts head and ceases eating when you reach to pull the bowl away or push her out.

Toy 1. No interest.

Rawhide 1. No interest.

Dog - dog 2. Dog approaches helper dog with tail at spine level, body not stiff, ears relaxed, and lip long


**Health**

# Dog License Certificate

04/26/2017

MARIAH LOPEZ
728 LINCOLN PL, APT 2B
BROOKLYN, NY 11216

Thank you for being a responsible pet owner and licensing your dog. Please remember to attach the metal license tag to your dog's collar and to keep this certificate for your records. The certificate is the official proof that your dog is licensed and can be presented to anyone that requires this information.

If the information below is incorrect or you have questions, call 311 or visit nyc.gov/doglicense.



**DOG LICENSE**

MARIAH LOPEZ
728 LINCOLN PL, APT 2B
BROOKLYN, NY 11216

Pet Name: CHICA
Year of Birth: 03/2009
Breed: American Pit Bull Mix / Pit Bull Mix
Spayed/Neutered: Yes

Gender: Female
Colors: Tan, White
Service Dog: No

Expires: 04/26/2018

License Number: 3282303

Mario Merlino
Assistant Commissioner, Bureau of Veterinary and Pest Control Services



**Manhattan Center**
326 East 110th Street
New York, NY 10029
www.nycacc.org

Receipt Date: 04/26/2017

Receipt Number: R17-045499

Person Information: MARIAH LOPEZ
728 LINCOLN PL 2B
BROOKLYN NY 11216
Phone: (347) 998-2747

Received From: MARIAH LOPEZ
Check No:
PID: P0770501

| Item: | Animal ID: | Price: | Each: | Amount: |
|---|---|---|---|---|
| LICENSE - ALTERED | A0927292 | $8.50 | 1 | $8.50 |
| DONATION | A0927292 | .50 | 1 | .50 |
| | | Total Fees Due: | | **$9.00** |
| | **Payments:** | Cash: | | $9.00 |
| | | Check: | | $0.00 |
| | | Credit Card: | | $0.00 |
| | **Total Payments Received:** | | | **$9.00** |

## Thank You!

| | | |
|---|---|---|
| Change: | | $0.00 |
| Balance Due: | | $0.00 |

MVALENT        04/26/2017                                                                *Manhattan Center*

Hello, Manhattan ACC! Log off

# Invoice

## Owner Details

| | | | |
|---|---|---|---|
| Full Name | : MARIAH LOPEZ | Email Address | : mariah4change@gmail.com |
| Primary Phone # | : (212) 470-9687 | Secondary Phone # | : |
| Address | : 728 LINCOLN PL 2B | | |
| | : Brooklyn, NY 11216 | | |

## Animal Details

| | | | |
|---|---|---|---|
| Dog Name | : Chica | Dominant Breed | : American Pit Bull Mix / Pit Bull Mix |
| Tag Number | : 3282303 | Dominant color | : Tan |
| License Date | : 04/26/2018 | Secondary Color | : White |
| Gender | : Female | Third Color | : |
| Date of Birth | : 03/2009 | Spayed/Neutered | : Yes |
| Weight in Pound | : | Rabies Vaccination | : Yes |
| Microchip # | : 985121008346324 | Service Dog | : No |

## Payment Details

| | |
|---|---|
| Reference Number | : 994251 |
| Payment Date | : 04/26/2017 12:11:55 PM |
| Total Amount | : $8.50 |

## Partner Details

| | | | |
|---|---|---|---|
| Establishment Name | : Manhattan ACC | Permit Number | : |
| Phone # | : (212) 788-4000 | Address | : 326 East 110 Street |
| | | | : Manhattan, NY 10029 |