UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAH LOPEZ,

        Plaintiff,

v.

THE CITY OF NEW YORK and PROJECT RENEWAL, INC.

        Defendants.

**NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL**

1:17-cv-03014-VEC

To the Clerk of this Court and all parties of record:

    Please enter my appearance as *pro bono* counsel on behalf of Plaintiff Mariah Lopez for the limited purpose of assisting Ms. Lopez during the April 27, 2017 and May 3, 2017 hearings on her request for preliminary relief. I certify that I am admitted to practice in this Court. I have undertaken this limited representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

Dated: May 1, 2017

        Respectfully submitted,

        By: */s/ Miles D. Freeman*_____
            Miles D. Freeman

        Miles D. Freeman
        QUINN EMANUEL URQUHART & SULLIVAN, LLP
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        Telephone: (212) 849-7000
        Facsimile: (212) 849-7100
        milesfreeman@quinnemanuel.com