UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIAH LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF NEW YORK and PROJECT RENEWAL, INC.<br><br>    Defendants. | RESPONSE TO ORDER TO SHOW CAUSE (D.I. 11)<br><br>1:17-CV-03014-VEC |

   Plaintiff Mariah Lopez herein responds to the Court's May 1, 2017 Order to Show Cause (D.I. 11). Ms. Lopez does not oppose the dissolution of the Temporary Restraining Order entered on April 27, 2017 provided that (1) Defendants continue to accommodate Ms. Lopez by allowing her service animal to remain with her in the homeless shelter system and (2) she is not transferred or otherwise removed from Marsha's House because of her service animal. Ms. Lopez expressly reserves her right to seek further preliminary relief if the Defendants cease to accommodate her and her support animal.

   Ms. Lopez also hereby notifies the Court of her intent to amend her Complaint to seek, in addition to injunctive relief, damages under, *inter alia*, the Americans with Disabilities Act.

Dated: May 1, 2017

                Respectfully submitted,
                By: */s/ Miles D. Freeman*_____
                  Miles D. Freeman

                Miles D. Freeman
                QUINN EMANUEL URQUHART & SULLIVAN, LLP
                51 Madison Avenue, 22nd Floor
                New York, New York 10010
                Telephone: (212) 849-7000
                Facsimile: (212) 849-7100
                milesfreeman@quinnemanuel.com