UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIAH LOPEZ,<br><br>              Plaintiff,<br><br>              v.<br><br>THE CITY OF NEW YORK and PROJECT RENEWAL, INC.<br><br>              Defendants. | **MOTION TO WITHDRAW APPEARANCE OF LIMITED *PRO BONO* COUNSEL MILES D. FREEMAN**<br><br>1:17-CV-03014-VEC |

To the Clerk of this Court and all parties of record:

Pursuant to Local Civil Rule 1.4, Miles D. Freeman respectfully requests the withdrawal of his appearance on behalf of Plaintiff Mariah Lopez.

On May 1, 2017, Mr. Freeman entered a Notice of Limited Appearance of *Pro Bono* Counsel on behalf of Plaintiff Mariah Lopez for the limited purpose of representing Ms. Lopez during the April 27, 2017 hearing on her request for preliminary relief and the now-adjourned May 3, 2017 hearing on the same. With those hearings now resolved, Mr. Freeman's representation has ended and Ms. Lopez will resume her *pro se* representation in this case. Accordingly, Mr. Freeman respectfully requests that the Court permit him to withdraw.

Dated: May 22, 2017

                                        Respectfully submitted,

                                        By: */s/ Miles D. Freeman*_____
                                              Miles D. Freeman

                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
                                        51 Madison Avenue, 22nd Floor
                                        New York, New York 10010
                                        Telephone: (212) 849-7000
                                        Facsimile: (212) 849-7100
                                        milesfreeman@quinnemanuel.com

Entered this \_\_\_ day of _____, 2017

SO ORDERED

_____
Honorable Valerie E. Caproni
United States District Judge