Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Mariah Lopez

Write the full name of each plaintiff or petitioner.

Case No. 17 CV 3014

-against-

New York Dept Homeless Services, et al

Letter re: Emergency

Write the full name of each defendant or respondent.

Since Your Honor ordered NYC Dept of Homeless Services to place me, specifically, at Marsha's House GLBTQ Shelter, DHS officials and lawyers are doing everything in their power to retaliate against me via attempting to use petty infractions in order to justify putting me out. I am now homeless again, after DHS lost in a new State Court Article 78, after trying to use an "Administrative Transfer" mechanism to move me from Marsha's. Dozens of other Marsha's House clients are willing to testify that the systemic retaliation which has lead to me being in the street again, began after this Court "forced" DHS to house me specifically at Marsha's House, which is the place in NYC's Shelter System →

5/30/17
Dated

Signature

Mariah Lopez
Name

480 185 Street
Address

By
City

NY
State

10458
Zip Code

212 470 9687
Telephone Number (If available)

E-mail Address (If available)

where I am safe and which there is an environment conducive with the treatment for my disabilities, including PTSD and Gender Identity Disorder.

After the Defendants attempted to retaliate via an 2nd Admin Transfer, and AFTER a Supreme Court Judge signed a TRO similar to the one signed/issued by this Court, the Defendants have colluded w/ select staff and clients to manufacture a paper trail which makes me appear to be a "Jerk" or trouble maker. I have written a ten-page report outlining serious allegations of official misconduct at Marsha's Shelter, and this report (being reviewed by at least 3 "NYC-council people" and the Department Of Investigation (DOI), and my treatment has only got worse since I completed and shared this report last week.

On Wednesday I was arrested and beaten by the NYPD after agents of the Defendant made false allegations against me, and when I was released DHS had "suspended" my shelter services (Thursday) despite there being clear regulations against the timeline of the suspension of my

services at Marsha's. The timing of the actions of DHS are more then suspicious!

DHS and I are scheduled to be in Supreme Court tomorrow concerning motions on the TRO I was granted. I believe the actions of DHS and specifically DHS lawyers is unethical and borderline illegal. I believe that MR Tom Roberts must realize that DHS' constant attacks on my "normal" conduct via attempts to transfer me from Marsha's, is a continuance of the position to object to my being placed at Marsha's specifically, is intentionally being done to undermine my ability to "fight" them in this court as well as State Court. I believe DHS is hoping to wear me down so I will leave Marsha's

I will be faced with safety threats unique to my being Transgender at any other shelter. I am back in the street doing sex work to survive. I will be forced to use my SSI check on hotels and food tomorrow if I'm not allowed back at Marsha's.

Yours
Mariah Lopez

[Print in **black** ink all areas in bold letters. Other spaces are for Court use.]

At I.A.S. Part __12__ of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse, thereof, 60 Centre Street, New York, N.Y., on the __15__ day of __May__, 20__17__

PRESENT: HON. __JAFFE__
Justice of the Supreme Court

In the Matter of the Application of

__Mariah Lopez__
[fill in name(s)]
Petitioner(s)

- against -

__NYC Department of Homeless Services and Project__

[fill in name(s)]
Respondent(s)

Index Number

__100632/17__

ORDER TO SHOW CAUSE IN SPECIAL PROCEEDING

MS#

Upon reading and filing the petition(s) of __Mariah Lopez__ [your name(s)], sworn to on __May 11__, 20__17__ [date Verified Petition notarized] and upon the exhibits attached to the petition,

[Identify Exhibits below. List additional Exhibits on separate page.]
Exhibit A - __"Shelter Client Ref (ML) Transfer Referral Form (Form 402B)"__

Let the respondent(s) show cause at I.A.S. Part __12__, Room __341__, of this Court, to be held at the Courthouse, 60 Centre Street, New York, N.Y., on the __31__ day of __May__, 20__17__, at __11:30__ o'clock in the __am__ noon or as soon as the parties to this proceeding may be heard why an order should not be made, providing the following relief: briefly describe what you are asking the Court to do] __Restrain DHS and Project Renewal from carrying out an administrative transfer__

from "Marsha's Place" Shelter located at 480 E. 185 St Bronx 10458, unit #2

for the reasons that [*briefly* describe the reasons why you should be granted what you are requesting] Because I have tried to exhaust my administrative remedies (actually am certain that I have, in fact exhausted all remedies with Department of Homeless Services and Project Renewal) concerning a challenge to m@ the "Administrative Transfer" from Marsha's place, and am still set to be transferred. My safety and wellbeing are in jeopardy if I am transferred. I am disabled, and have unique medical needs as a Trans woman

Sufficient cause appearing therefore, let personal service of a copy of this order, the petition and all other papers upon which this order is granted, upon all parties to this proceeding, on or before the 17th day of May, 2017 be deemed good and sufficient. A copy of an affidavit or acknowledgment of service shall be filed with the County Clerk (Room 141-B) immediately after service and the original of such proof of service shall be presented to this court on the return date directed in the second paragraph of this order.

ENTER

Pending the determination of this proceeding, respondents are stayed from enforcing the transfer referral of petitioner to the Win West Shelter.

BARBARA JAFFE
J.S.C.

Respondents to appear or answer on or before 5/24 before 5pm.

This order is conditioned on petitioner complying with respondents' rules & regulations. Respondents' employees are likewise directed to comply with the ~~periodical~~ pertinent law & rules of the facility

BARBARA JAFFE
J.S.C.

3CSpPr4-06