USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/17

RECEIVED
SDNY PRO SE OFFICE
2017 MAY 30 PM 3: 54
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Mariah Lopez

Write the full name of each plaintiff or petitioner.

Case No. 17 cv 3014

-against-

NYC Dep Homeless Services

NOTICE OF MOTION

Emergency Relief (to get back in shelter) Requested

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that _____ plaintiff or defendant _____ name of party who is making the motion

requests that the Court: Intervene to stop New York City Department of Homeless Services from moving me from Marsha's Shelter, or suspending the my services there, until this Court determines if the suspensions of services or transfers are retaliation for the TRO which this Court issued and allowed to dissolve.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law
☐ my own declaration, affirmation, or affidavit
☐ the following additional documents:

Alternative Number
646 294 0767
(Angela Carter)

5/30/17
Dated

Signature

Name
(Homeless) 480 185 St
Address

Prison Identification # (if incarcerated)

Bronx
City

NY
State

10458
Zip Code

Telephone Number (if available)

E-mail Address (if available)

SDNY Rev: 5/24/2016