# EXHIBIT A

Client Home: MARIAH LOPEZ - 745918        Page 1 of 1

**Client Home:** MARIAH LOPEZ -

Back  Edit  Generate Cover Sheet  Refer To Intake  Generate O-MATIC Client

### Name
| | |
|---|---|
| First Name: MARIAH | Middle Name: |
| Last Name: LOPEZ | Suffix: |
| Mother's Last Name: UNKNOWN | |

### Demographics
| | |
|---|---|
| SSN: | OSIS ID: |
| PA Case #: | Date of Birth: |
| Marital Status: Single | Gender: Female |
| Primary Race: Native Hawaiian or Other Pacific Islander | Secondary Race: White |
| Ethnic Origin: Hispanic/Latino | Preferred Language: English |
| Veteran Status(Client Reported): No | Veteran Verification Status: |
| Pregnant: No | Citizenship Status: N/A |
| Client Creation Date: 3/3/2008 | Adult/Child: Adult |

### Managerial Flags

| Reason | Created By User | Last Updated By | Effective Date | End Date | Comments |
|---|---|---|---|---|---|
| Domestic Violence | RCHEW | | 9/18/2014 | | 9/21/14: (A.Winston): Single Adult Shelters: Please refer to note below entered on 9/18 by R. Chew. If client presents for shelter in the single adult system, immediately contact PA Winston at <br><br>9/18/14 (R. Chew): This is an high profile adult family case. The co-appl is scheduled for a NoVA appointment at PATH on Fri, Sept 19 at 8am and the appl is scheduled for a NoVA appointment at PATH on Fri, Sept 19 at 3pm. Please allow them entry and expedite the NoVA appointment. Please contact Vida Chavez-Downes immediately if the co-appl and appl present at PATH. 9/19/14 (B. DiStefano): This case was determined to be Ineligible for non cooperation with NoVA and failure to be NoVA evaluated after two appointments. If this adult family reapplies they cannot be placed together in shelter until evaluated by NoVA and can be offered the option of the single shelter system respectively. |

### Alerts
| | |
|---|---|
| Sanction Status: | Sanction Start Date: |
| Sanction End Date: | Suspension Status: |
| Suspension Start Date: | Suspension End Date: |
| Brad H Status: No | SPMI: |
| Active Institutional Referral: | Parole: No |
| Accutrac: | Chronic Street Homeless: No |
| Reasonable Accommodations: No | |

All Cases

### Case History

| Case Number | Service Type | Case Type | Case Composition | Outcome | Creation Date | Case Status |
|---|---|---|---|---|---|---|
| | Shelter | Single Adult | 1/0 | Eligible | 4/19/2017 | Open |
| | Shelter | Adult Families | 2/0 | Ineligible - Non Cooperation | 9/5/2014 | Closed |
| | Shelter | Single Adult | 1/0 | Eligible | 3/3/2008 | Closed |

### Shelter Stay

| Case Number | Shelter Name | Type | Start Date | Exit Date | Exit Reason |
|---|---|---|---|---|---|
| | Marsha's House | Official | 5/6/2017 | | |
| | Marsha's House | Official | 5/1/2017 | 5/6/2017 | Exit Unknown |
| | Marsha's House | Official | 4/27/2017 | 4/30/2017 | Exit Unknown |
| | Marsha's House | Official | 4/24/2017 | 4/24/2017 | Exit Unknown |
| | Marsha's House | Official | 4/23/2017 | 4/23/2017 | Exit Unknown |
| | Marsha's House | Official | 4/21/2017 | 4/23/2017 | Exit Unknown |
| | Marsha's House | Official | 4/20/2017 | 4/20/2017 | Exit Unknown |
| | Franklin Women's Shelter | Official | 4/19/2017 | 4/19/2017 | Program Assignment |
| | STAR BRIGHT RESIDENCE | Conditional | 9/11/2014 | 9/19/2014 | Ineligible |
| | EL CAMINO INN | Conditional | 9/6/2014 | 9/11/2014 | Transfer - Administrative |
| | HELP Women's Center | Official | 3/20/2008 | 3/20/2008 | Independent Living - NYC |
| | HELP Women's Center | Official | 3/3/2008 | 3/4/2008 | Exit Unknown |

Back  Edit  Generate Cover Sheet  Refer To Intake  Generate O-MATIC Client