# EXHIBIT B

## Project Renewal – Marsha's House

*CLIENT FACE SHEET*

Date of Entry: 4/20/17                     Medicaid #: _____ Seq: ____

Name: Mariah Lopez                          Race/Ethnicity: Mixed

HA#: _____                        SS#: [redacted]

Referring Shelter: N/A                      D.O.B: [redacted]  Age: ____

Place of Birth: NYC                         Years in Shelter System: _____

Street Time (dates): 6 yrs                  Education level: Some College/GED

Marital Status: Single                      Primary Language: _____

Allergies: N/A

How you became homeless: _____

### Current Substance Abuse Treatment Program Information

Name of Program/MMTP(circle): _____  Date of Admission: _____

Address: _____  Phone: _____

Counselor's Name: _____  Methadone Dosage: _____

Substance abuse history: manjuares, cocaine, nicotine

Clean Since?: _____

### Income and Benefits

Current Active Benefits & Amount: $730 SSI

Current Employer: _____  Position: _____

Monthly Income: _____ Veteran? Yes /No - If yes, discharge type: _____

### Medical / Psychiatric Issues

Medical Conditions: PTSD

Medical Provider Name & Phone: _____

Psychiatric Conditions: _____

Psychiatric Provider & Phone: _____

Medications: _____

### Legal Issues

Are you on Parole/Probation? _____  Reason: _____

Parole/Probation Officer Name and Number: _____

Address of Reporting Office: _____  End Date: _____

Outstanding Warrants: _____  Upcoming Court Dates: _____

### Emergency Contact

Name _____  Relationship _____

Address _____

Day phone (___)  Night phone (___)

Client's Cell Phone #: _____

Place Picture Here

416A


**Department of Homeless Services**

Division of Adult Services

## CLIENT ACKNOWLEDGMENT OF RESPONSIBILITY FORM

SHELTER NAME: Marsha's House.    DATE: 4/20/17

| LAST NAME: Lopez | FIRST NAME: Moriah | MI: |
|---|---|---|
| SOCIAL SECURITY NUMBER: [redacted] | DATE OF BIRTH: [redacted] | CARES ID#: [redacted] |

I am seeking Temporary Housing Assistance (shelter) from the Department of Homeless Services ("DHS"). I have received a copy of the "Statement of Client Rights and DHS Code of Conduct". I understand that I must comply with the "Statement of Client Rights and DHS Code of Conduct" explained in this document and by shelter staff. These responsibilities will help me to achieve independence and find a permanent place to live.

**Listed below is a summary of the Client Responsibility rules (shelter staff will provide further details):**
1. You are required to apply for, and if eligible, maintain any benefits and resources applicable to you, including but not limited to an open and active Public Assistance (PA) case with HRA.
2. I must participate in developing, carrying out, and completing a service plan known as the "Independent Living Plan" (ILP).
3. I will seek and accept housing other than emergency shelter.
4. I must follow shelter rules and avoid behavior that places other clients or shelter staff at risk.
5. I will not have my shelter discontinued if I am unable to obey Client Responsibility rules due to a physical or mental condition or illness.

**Listed below is what may happen if I do not follow the rules of Client Responsibility:**
1. I may have to leave the shelter if I am able to obey the rules and I choose not to do so.
2. I will have the right to challenge DHS's decision to discontinue my shelter by requesting a New York State Fair Hearing.
3. If the Fair Hearing Judge agrees with DHS's decision to discontinue my shelter, I will have to leave the shelter for a period of 30 days or until I decide that I will obey the rules, whichever period of time is longer.
4. I must follow the "Statement of Client Rights and DHS Code of Conduct".

**CLIENT:**
I have read and have had this form explained to me. I understand that I may be told to leave the shelter if I do not comply with the "Statement of Client Rights and DHS Code of Conduct" even if I refuse to sign this form.

Print Name: Moriah Lopez    Signature: [signed]    Date: 4/20/17

**STAFF:**
I have explained this form to the client.    ( ) Client refused to sign.

Print Name: Vanessa Murray    Signature: [signed]    Date: 4-20-17

Revised 04/01/13

# MARSHA'S HOUSE GUIDELINES

### WAKE-UP SCHEDULE: WEEKDAYS – 6AM
Getting up on time is the responsibility of each resident. Requests to be awakened for work or any other reason requires staff approval. On weekdays clients are not permitted in the sleeping areas between the hours of 8am and 4pm, except with medical clearance or staff permission in writing in the form of a bed rest pass. Medical bed rest must be requested by a doctor or nurse practitioner in the form of a letter; the client must submit this letter to the shelter nurse. Additionally, in order for bed rest to be approved; clients must sign consent for the nurse to speak to their doctor if he or she is an outside provider. **Lights Out:** Sunday-Thursday at 11:00pm; Friday and Saturday at 1:00am

### MEETINGS AND APPOINTMENTS
All clients are required to meet with their case manager, shelter nurse, housing coordinator, supervisors, vocational counselor, entitlements coordinator, peer counselors or program psychiatrist as requested. If you are unable to make an appointment you must let the person know *in advance* and request to be rescheduled. Documentation must be provided for all missed appointments.

Clients may not enter any office spaces without a pass from the lobby RA. Passes to the office areas will not be issued, except under special circumstances, without a scheduled appointment with staff. As a rule, Social Services staff does not take walk-in appointments. Clients on bed rest and in the dining area may not enter any offices without a pass. They must go downstairs and call from the front desk to gain access to program staff and services.

### REQUIRED GROUPS
Mandatory house meetings are held on the 3rd Wednesday of each month at 6:15pm. These house meetings are tended by the Social Services team and have a focus on housing and operational issues.

### MAIL
Mail is distributed each day during bed signing (8pm - 10pm). Unless you have made special arrangements with your case manager, housing coordinator, or other social services program staff, you may not pick up your mail at any other time.

### BED ASSIGNMENTS
Bed assignments are made by staff. You may not change your bed or locker assignment without staff approval. Clients may not enter another sleeping area. You are required to make your bed and clean your area. All clothing and shoes must be put away. One pair of shoes may be kept under each client's bed; all other items will be thrown out immediately.

### ENTRY PROCEDURES/LOCKER SEARCHES
Staff has the right to inspect any bags, boxes or similar containers coming into and going out of the premises; this includes personal lockers. Clients must comply with all entry procedures, which include placing all packages through the x-ray machine, emptying pockets, removing jackets and hats and allowing them to be searched, opening wallets to be searched and walking through the metal detector. Clients may also be asked to remove shoes and socks. All contraband will be confiscated. Contraband includes: drugs (including controlled prescription medication not supervised by the shelter nurse), alcohol, syringes (unless supervised by shelter nurse), tools that can be used as weapons, lighters, silverware, sharp metal objects, scissors, bleach, caustic cleaning supplies, matches, incense, candles, any items relating to drug or alcohol use.

### URINE
Urine tampering is unacceptable and the storage of urine is not permitted anywhere in the shelter.

### TELEPHONES
Clients may request access to telephone use with social service program staff. Be courteous and limit calls to 10 minutes (no calls during program meetings). Cell phones can be charged on the first floor only. Project Renewal is not responsible for any electronics lost or stolen while left charging.

### SMOKING
Pursuant to city law, there is no smoking on the premises, except in the designated yard. Smoking in front of the building is prohibited. Smoking inside the facility will result in a suspension of all shelter services for up to seven days. The sale of cigarettes is prohibited.

### FIRE SAFETY
No items may block fire escapes. All clients are required to participate in fire drills and follow the requests of the staff during evacuation drills. Failure to comply with a fire drill may result in a suspension of shelter services for up to seven days. Charging electronic devices is not permitted on any sleeping floors. Ironing and cell phone charging can be done during limited hours in a designated area. Lighters are not permitted in the building.

### BED REST
Bed rest passes are only distributed for medical reasons and issued by medical staff. If you see an outside provider, they must provide documentation to the shelter nurse, who in turn will review and determine if a bed rest pass is to be issued. Clients must sign consent for the shelter nurse to communicate with any outside provider requesting bed rest on behalf of the client. Bed rest for any other reason, such as working overnight, must be approved and signed by the Program Director or the Director of Social Services. You are expected to be in your bed if you receive bed rest passes; if you are caught socializing, walking around, and/or not using your bed rest appropriately, it can be revoked.

### FOOD AND MEALS
Meal time: Breakfast is from 7:00 am to 8:15 am, Lunch is from 12:00 pm to 1:00 pm and Dinner is from 5:00 pm to 6:15 pm. Meals are to be eaten in the dining room only. Clients who are caught with food or beverages aside from water outside of the dining room will receive a write-up. Clients are not allowed to bring food in or take food out of the shelter. Meals can be saved with staff approval from social services.

Clients who are not able attend dinner may sign up for a save-a-plate. Clients must be in full compliance with shelter rules and regulations to receive a save-a-plate and this will be monitored by the social services and operational team. The sign up sheet will be placed in operations at 6am. Clients requesting save-a-plates for Saturday and Sunday must sign up by Friday at 3pm. Clients who do not comply with their Independent Living Plans are not eligible for save-a-plates. If clients miss lunch due to a scheduled appointment they can check with operations to receive lunch at a different time.

### DRESS CODE
Clients shall be properly dressed at all times. No hats or non religious head gear are to be worn in the facility. Tank tops may not be worn in the dining area for sanitary reasons.

### EMPLOYMENT
All clients shall receive a vocational assessment. Clients will be directed to the Vocational Counselor and the Job Developer if appropriate.

### SAVINGS
All clients receiving income in addition to PA are required to save a minimum of 60% of their income and show proof of savings (i.e. bank account statements). Clients without bank accounts can purchase money orders made out in their names, which will be in the shelter safe. Receipts will be issued. Project Renewal employees cannot hold cash for any client under any circumstances.

### RECREATION
Project Renewal has a recreation program that it offers to its clients. Throughout the year, the shelter will take a number of clients to movies, sporting events, museums, plays, and other outings. Clients must place their name on the sign-up sheet when the event is announced as well as receive the recommendation of their case manager. Clients who are not compliant with their Independent Living Plans will not be permitted to attend recreational events.

## LOCKERS
Locks that are not DHS issued will be cut. You may only use a lock issued by this shelter on your locker. Illegal items (i.e., lighters, weapons, drugs, alcohol, food) will be confiscated. Lockers are checked regularly.

Lockers at Marsha's House are generally safe places to keep property but we are not responsible for property that might be taken from lockers by other clients. Clients are *highly* encouraged to keep anything of value such as money, electronics, or important documents elsewhere.

Due to space limitations, only personal belongings that fit into the assigned locker may be kept at the shelter. Excess personal items found in or around locker areas (under beds) are subject to disposal. Contraband, such as weapons, dangerous items, illegal drugs and articles prohibited from facilities either by law or by facility regulations, will be confiscated.

If any client's location is unknown, their locker should be opened on the morning after they have missed curfew. A team of at least two staff, including one supervisor, opens the locker to remove belongings, which will be inventoried and held in a designated clean locked storage area. Belongings are held for one week from the date the locker is emptied. A former client can retrieve their stored belongings within that one-week holding period by presenting proper identification and signing for their items at the designated property retrieval hours posted in the facility. A relative or friend may also claim belongings – provided the shelter receives authorization in writing from the former client and the relative or friend provides appropriate identification to shelter staff at the time of retrieval.

Lockers are subject to random search with or without the client present, per DHS policy. When lockers are searched there will always be at least two staff present and clients will always receive a notice of locker search.

Clients are not permitted to possess cleaning supplies, as they contain hazardous chemicals.

## COURTYARD
The courtyard is available for use throughout the day. Loitering in front of the building is **NOT** permitted.

## CURFEW
As per DHS policy, the shelter curfew is 10pm. Curfew can be extended with late night and overnight passes, which can be issued for clients with documented employment (on the books only) or in school. Clients must be in full compliance with their Independent Living Plan to be granted passes and passes can be revoked at anytime if clients are involved in incidents within the shelter.

## MEDICATION
Any client on medication must notify the shelter nurse of their meds, so that the nurse can determine whether or not management and supervision is needed. Staff will monitor your medication intake. Upon entry at Marsha's House all prescription medication will be turned in to the operations office until the shelter nurse can record what medications each client is taking. Clients will have access to their medication at the operations office whenever they need to take their medication. If clients store medication in their lockers that is not recorded with the shelter nurse it may be confiscated if a client's locker is searched.

Because Marsha's House is an emergency shelter, all clients who are prescribed controlled substances (i.e., Xanax, Klonopin, Morphine, Codeine, Ambien, Trazadone, Percocet, Oxycodone, Hydrocodone, Buprenorphine/Suboxone, etc) **MUST** surrender these medications in their entirety to the shelter nurse, who will dispense them periodically. If new clients arrive on the weekend or at another time when the shelter nurse is not in the facility, medication will be stored in the cabinet in the Operations office. Clients will sign the medication book at the time of taking any medication until the shelter nurse is able to assess the client's medication.

## HOSPITAL ADMISSIONS
All clients must notify their case manager via phone when admitted to the hospital to ensure appropriate discharge planning. Any client returning from a visit to the emergency room must see the shelter nurse upon return.

### TB CLEARANCE
All clients must have current TB clearance; either in the form of a PPD or Chest X-ray. These tests expire after one year. See your case manager for a referral for this test.

### MAIL
All shelter residents have the right to receive and to send mail or any other correspondence without interception or interference. All mail addressed to residents will be delivered to them in a timely fashion. All unclaimed mail will be safeguarded in a locked room until staff distributes it to clients or returns to sender. Monday-Saturday, the United States Postal Service hands the mail to staff in the Operations office. The staff member who is in charge of the mail sorts it and gives it to Operations to be distributed. Clients receiving packages must be present to receive them -- shelter staff cannot accept packages for clients.

### RADIOS
Personal music devices may be turned on after wake up, but must be turned off after lights out. All music devices must be played using headphones; they may not be played out loud. Cafeteria and Community Room TV schedules will be posted throughout the facility.

### POSSESSIONS
We are not responsible for client possessions. Theft does sometimes occur and we urge residents to use their lockers and locks to protect anything of value. Upon leaving the program for any reason you have (7) days to claim your property, unless you can provide documentation that you are in detox, rehab, or the hospital, in which case your property can be held for longer. If you would like a family member or friend to pick up your property for you, you must sign written documentation verifying that that is your wish. Property left here for seven days without the needed documentation of advance notice will be discarded.

### METRO CARDS
Metro cards are provided for appointments related to housing and vocational training that does not supply carfare, opening a PA case or documented medical/psychiatric appointments. Metro cards are not provided for appointments with parole officers or foster care appointments. You must submit proof of your appointments to receive metro cards from your case manager. Only case managers, the Program Director, and Director of Social Services may give out metrocards. Clients receiving income other than Public Assistance **are not eligible for metro cards**; they must supply their own.

### HOUSING
The number one goal at Marsha's House is to find housing for every client. Clients must be aware that they are required to accept first suitable housing offered to them. Clients cannot deny due to borough preference or shared housing. It usually takes 9 months to place clients in housing, sometimes longer. If clients have another realistic option (family, friends, etc.) they should consider taking it. If a client has friends or family anywhere in the world with which they can live, DHS' Project Reconnect will purchase a one way ticket to your location. Clients must have income in order to obtain housing. This can be PA, unemployment, SSI, SSD or employment, but it must be a documented source of income. Clients **MUST** work with us. If clients are not compliant with obtaining documented income it will be very difficult to find them suitable housing. Every case is different, and due to various reasons some clients' cases may have more obstacles to housing than others. Clients must work with our social services team in order to overcome these obstacles.

Failing to meet any of the following guidelines is considered an infraction:
- All residents must sign each night for their beds beginning at 8:00 PM
- If you miss signing the bed sheet, you may lose your bed. Even if you do sign for your bed prior to 10pm, you may still be marked as a missed curfew if you leave your sleeping area during the night.
- You cannot enter the sleeping floors intoxicated.
- You cannot verbally abuse staff or other residents.
- You cannot engage in physical violence or exhibit any threat of violence.
- Loitering is prohibited.
- You must complete required medical follow-ups.
- Residents must attend all scheduled appointments.
- Failure to follow smoking guidelines will result in disciplinary action.

- You are required to attend on site groups, including house meeting and caseload meetings.

Repeated infractions may result in discharge from this shelter. If you carry yourself in a respectful manner, there should not be any issues during your stay here.

( ) understand the rules of Marsha's House and agree to comply with all of the guidelines listed. I understand that if I do not, I can be suspended from shelter services. I agree to participate in my Independent Living Plan and to make all efforts to secure housing outside of Marsha's House.

Client Signature _____   Date _04/20/17_

Shelter Staff Signature _____

Project Renewal – Marsha's House
## Shelter Client Rights

### You have the right to:

- Exercise all civil and legal rights as prescribed by law.
- Free speech and worship.
- Join with other residents or individuals to work for improvements in resident care.
- Privacy in sending and receiving mail or verbal communications without interception or interference.
- Manage your own finances in accordance with shelter requirements.
- Privacy in treatment and caring for your personal needs.
- Have personal, medical, social, financial and other records treated confidentially.
- Make complaints verbally and/or in writing to shelter administrators without fear of reprisal.
- Leave and return to the shelter within curfew.
- Have your version of the events leading to an accident or incident in which you are involved included in all accident or incident reports.
- Fair and respectful treatment by staff.

### You also have the right NOT to:

- Be restrained or locked in a room at any time.
- Be made to perform work by force or threat. You may be required, however, to participate in work placements by Public Assistance, in work related to program rules and regulations or in work experience programs or employment as part of an ILP.
- Be made to give tips or gratuities to any shelter employee, security guard or other resident. **If any staff asks you for money, or engages in inappropriate behavior report it immediately to the program director.**

Remember, besides your rights, you have responsibilities as a shelter resident, which you must know. If you have any questions or need help, speak to your case manager.

---

I understand my rights as a shelter client and that I have the responsibility to comply with all Shelter Rules and Responsibilities, as well as to respect the rights and private property of other shelter residents.

_Signature_                                          4/20/17
                                                     _Date_

I have reviewed the Shelter Rights, Rules and Responsibilities with the client and have provided him/her a copy.

_Signature_                                          4-20-17
                                                     _Date_

## CONTRACT

I understand that I am being assigned to a special population shelter and I am expected to follow all rules and regulations.

I understand that I will participate in the development of my Independent Living Plan and that I will be asked to sign it.

I understand that I will be required to attend individual and group case management sessions designed to help me develop more independence in my life.

I understand that I will be required to surrender all prescribed medications that are considered controlled substances to the shelter nurse, who will dispense them to me periodically. I may be asked to turn over all non-controlled prescription medications to the nurse as well. In addition, I agree to notify the shelter nurse of any medications I am prescribed.

Urine testing and breathalyzers will be conducted regularly and I am expected to be involved in substance abuse treatment if I provide a positive toxicology or breathalyzer.

I understand that if I refuse to comply with toxicology or breathalyzer requests, my results will be considered positive

I understand that if I enter the shelter intoxicated I may be placed in the Observation Area until staff determines that it is safe for me to enter my sleeping floor.

I agree to notify my case manager if I am admitted to the hospital, as soon as I am admitted. I agree to see the shelter nurse after returning from any emergency room visits.

I have read the enclosed rules and regulations, and agree to abide by them all.

_____          X _4/20/17_____
Client's Name                                                    Date

_____          _4-20-17_____
Witness                                                            Date

# ADULT SHELTER RULES AND RESPONSIBILITIES

FAILURE TO COMPLY WITH THESE RULES MAY RESULT IN DENIAL OF SHELTER (FOR APPLICANTS) OR DISCHARGE FROM THE SHELTER SYSTEM

- Clients must carry identification at all times and sign the "bed roster" daily and cannot change beds without approval of staff.
- Clients will observe curfew rules as posted and vacate beds during posted hours. Curfew is 10pm unless employment or school is verified by case manager and client is in full compliance.
- Clients cannot bring alcoholic beverages, unauthorized medicines or illegal drugs into the shelter. Any alcohol or drugs will be confiscated and the clients involved may be subject to arrest.
- Clients will not bring weapons or instruments/materials potentially dangerous to other residents or staff, including but not limited to, box cutters, needles, etc. into the shelter. These items will be confiscated and clients involved may be subject to arrest.
- There is no stealing or entry into unauthorized areas in the shelter. These acts may subject clients to arrest.
- There is no fighting or use abusive or threatening language. Harassment or intimidation of other residents or staff is strictly prohibited.
- Smoking is allowed only in the yard. There is no smoking allowed anywhere inside of the shelter.
- Eating is permitted only in designated areas; cooking is not allowed by clients inside the shelter. Clients may not bring food in or out of the shelter
- Electrical appliances incense, lighters, matches, or candles or other items which may be a fire hazard are prohibited.
- All clients must cooperate with and participate in all fire evacuation and other safety drills.
- Sexual activity, including pornography, is not permitted in the shelter facility. If staff suspects child pornography it will be turned in to the NYPD. Any pornographic materials will be confiscated and may or may not be returned to the client per social services staff discretion.
- All clients are required to meet with their case manager on a regular basis, develop, agree to and follow an Independent Living Plan designed to help them develop resources and obtain other housing outside the shelter system.

## *SUSPENSION OF SHELTER SERVICES*

Shelter services may be immediately suspended for seven days for the following:

1. Intentional setting of a fire or vandalizing shelter or client property or equipment.

2. Possession, sales or use of illegal drugs or alcohol, or drug paraphernalia in or around the shelter.

3. Assault or physical attack of another person, threatening behavior or the possession of a weapon.

4. Criminal activity including trespassing, theft, harassment, extortion, loan-sharking, intimidation or victimization of residents or staff in and around the shelter, gang participation, and sale of cigarettes.

5. Smoking in unauthorized areas.

6. Noncompliance with fire or evacuation drills.

I understand the New York City Department of Homeless Services Rules and agree to comply with the rules and regulations as a condition of being in Marsha's House:

_____  _4/20/17_
Signature                 Date

# ADULT SHELTER RULES AND RESPONSIBILITIES

FAILURE TO COMPLY WITH THESE RULES MAY RESULT IN DENIAL OF SHELTER (FOR APPLICANTS) OR DISCHARGE FROM THE SHELTER SYSTEM

- Clients must carry identification at all times and sign the "bed roster" daily and cannot change beds without approval of staff.

- Clients will observe curfew rules as posted and vacate beds during posted hours. Curfew is 10pm unless employment or school is verified by case manager and client is in full compliance.

- Clients cannot bring alcoholic beverages, unauthorized medicines or illegal drugs into the shelter. Any alcohol or drugs will be confiscated and the clients involved may be subject to arrest.

- Clients will not bring weapons or instruments/materials potentially dangerous to other residents or staff, including but not limited to, box cutters, needles, etc. into the shelter. These items will be confiscated and clients involved may be subject to arrest.

- There is no stealing or entry into unauthorized areas in the shelter. These acts may subject clients to arrest.

- There is no fighting or use abusive or threatening language. Harassment or intimidation of other residents or staff is strictly prohibited.

- Smoking is allowed only in the yard. There is no smoking allowed anywhere inside of the shelter.

- Eating is permitted only in designated areas; cooking is not allowed by clients inside the shelter. Clients may not bring food in or out of the shelter

- Electrical appliances incense, lighters, matches, or candles or other items which may be a fire hazard are prohibited.

- All clients must cooperate with and participate in all fire evacuation and other safety drills.

- Sexual activity, including pornography, is not permitted in the shelter facility. If staff suspects child pornography it will be turned in to the NYPD. Any pornographic materials will be confiscated and may or may not be returned to the client per social services staff discretion.

- All clients are required to meet with their case manager on a regular basis, develop, agree to and follow an Independent Living Plan designed to help them develop resources and obtain other housing outside the shelter system.

## SUSPENSION OF SHELTER SERVICES

Shelter services may be immediately suspended for seven days for the following:

1. Intentional setting of a fire or vandalizing shelter or client property or equipment.

2. Possession, sales or use of illegal drugs or alcohol, or drug paraphernalia in or around the shelter.

3. Assault or physical attack of another person, threatening behavior or the possession of a weapon.

4. Criminal activity including trespassing, theft, harassment, extortion, loan-sharking, intimidation or victimization of residents or staff in and around the shelter, gang participation, and sale of cigarettes.

5. Smoking in unauthorized areas.

6. Noncompliance with fire or evacuation drills.

I understand the New York City Department of Homeless Services Rules and agree to comply with the rules and regulations as a condition of being in Marsha's House:

_____    _____ 4/20/17
Signature                                             Date



Renewing lives. Reclaiming hope

Project Renewal - Marsha's House

# No Smoking Contract

There is no smoking inside of Marsha's House. I agree to abide by the rules and regulations regarding no smoking at Marsha's House.

I understand that I may be suspended from Marsha's House if I am found smoking, or if evidence I have been smoking is found in or around my sleeping area. I understand that smoking in the shelter is a fire hazard, is against the rules and regulations of the Department of Homeless Services and puts everyone in the shelter in danger.

I further understand that if I am found smoking I may be suspended from the shelter up to and including a 30-day sanction, as per the Department of Homeless Services' Client Responsibility regulations. When I am suspended, I may not be able to return to Marsha's House if a bed is not available when my suspension is complete.

I agree to comply with the shelter rules and regulations and to refrain from smoking in Marsha's House

Signature: _____ Date: 4/20/17

Printed Name: Maridby Lopez

Staff witness signature: _____ Date: 4/20/17

### Client Responsibility Reminder

All clients at Marsha's House are required to comply with the Department of Homeless Services' Client Responsibility Regulations. Your failure to participate in an Independent Living Plan, to seek and accept housing, to follow rules or any behavior you engage in that puts others at risk will result in your discharge from this program and the shelter system. Your suspension will be <u>no less</u> than 30 days. You will only be readmitted when and if you agree to follow the rules.