# EXHIBIT C



## Department of Homeless Services

### NYC Department of Homeless Services Incident Report

| Priority Code: 3 | Date: 04/21/2017 | Day of Week: Friday |
|---|---|---|
| Time: 12:40 AM | Facility Name: Marsha's House | Facility Code: X185 |
| Facility Class: Shelter | Facility Type: Adult Shelter | Primary Type: On-site incidents that are not classified as Priority One or Priority Two, but occur in the shelter involving clients, staff, visitors or property, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations |

Secondary Types: On-site incidents that are not classified as Priority One or Priority Two, but occur in the shelter involving clients, staff, visitors or property, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations

PERSONS INVOLVED: O=Other S=Staff C=Client V=Victim W=Witness Ob=Observer P=Perpetrator O=Other

| O-S-C | V-W-Ob-P-O | Last Name | First Name | Sex | CARESID | SSN | Age | DOB |
|---|---|---|---|---|---|---|---|---|
| C | P | LOPEZ | MARIAH | Female | ▇ | ▇ | 31 | ▇ |
| S | V | Linton | Akeem | | | | | |

**BRIEF DESCRIPTION OF INCIDENT: (Who, what, where, when) Attach additional sheet if necessary**

Created by: Kaedon Grinnell
04/21/2017 07:53 PM

On 4/21/17 at approximately 12:40 AM, client Mariah Lopez CID ▇ entered the facility and asked RA Linton if she was permitted to have her service animal enter with her. RA Linton informed the client that the request would have to be cleared with his supervisors before hand. The client became irate and became verbally aggressive with RA Linton at one point stating that she would have unnamed persons come to the shelter to fight him. RA Linton reports that shortly after, the client took a picture of him and posted it on social media. He reports that the client came to the operations office several times afterwards to threaten him and stated that he would be attacked after work. The client eventually went up to her bed without further incident.

**IMMEDIATE ACTION TAKEN: (By on-site staff responding to the incident)**

An incident report was filed.



DOC|INCIDENT_REPORTS

1 of 3
Generated: 04/21/2017 07:54 PM



**Department of Homeless Services**

RESIDENT STATEMENT ATTACHED, WHEN APPLICABLE. (See Part 491.7(d)(15))

- [ ] Resident statement attached.
- [ ] Resident refused but offered.
- [ ] Resident unable to provide statement due to medical or related emergency reason.
- [ ] Other _____

Report Prepared By/Signature: _Karla Lyall_   Title: _Shelter Directors_
Date: 4/21/17

Report Reviewed By/Signature: _Katina Raye_   Title: _ASSISTANT DIRECTOR_
Date: 4/21/17

- [ ] Security/Peace Officer Report Attached

**REVIEW/RECOMMENDATION:** *To be completed by DHS Staff*

**INDICATORS:** *To Be Completed by DHS Staff*

_____   Date: _____
Signature of DHS Program Analyst

**DISPOSITION/FINAL ACTION TAKEN:** *To be completed by DHS Program Administrator*

_____   Date: _____
Signature of DHS Program Administrator

DATE REPORT RETURNED TO FACILITY (CLIENT SUSPENSIONS ONLY): _____

**Priority One Incidents** are the most serious and urgent. Priority One Incidents Include:
- Homicide, suicide, or death on site attempted homicide, attempted suicide, assault resulting in life-threatening injury, or accident resulting in life-threatening injury (including drug overdose) Use of a firearm Rape, attempted rape, or sexual assault Arrest for alleged child abuse or emergency transport of child for medical treatment due to suspected child abuse Fire, disaster, or other environmental concern that involves a life-threatening injury or the evacuation of an entire site as directed by emergency personnel or FDNY response Riot, bomb threat, hostage taking/abduction; or missing children Unscheduled on-site presence of the press or elected official Assault or threatening behavior that results in life-threatening injury or accident resulting in life-threatening injury (including

 **Department of Homeless Services**

overdoses) Arrest of DHS staff on site Heating, water, electrical failure, or other environmental issue (i.e. asbestos, lead, radon), that is expected to last more than 4 hours Domestic violence that results in the victim pressing charges, arrest of the assailant and/or the relocation of the victim

**Priority Two Incidents** include problems that are not immediately life-threatening or dangerous, but still must be reported promptly, so that agency administrators are informed of the incident and can resolve the matter within appropriate time frames

- Physical fights that do not result in arrest
- Allegations of: rape, attempted rape or sexual assault that do not result in arrest
- Arrest of a client, staff, or visitor for criminal activity occurring in the facility, including harassment, intimidation or victimization (i.e. stealing, extortion, loan sharking)
- Incidents that occur off shelter premises (including client deaths) and/or involve persons known to be current shelter clients and that would otherwise be classified as Priority One
- Child abuse that is reported and results in the removal of children by ACS, but no arrests are made
- Theft or vandalism of property valued at $1500 or more
- Intentional fire setting or damage to facility equipment by a client
- Possession, use, or sale of drugs or alcohol on premises resulting in suspension of a client
- Possession of a firearm

**Priority Three Incidents** include unusual occurrences that need to be recorded and reviewed for possible corrective action:

- On-site incidents that are not classified as Priority One or Priority Two, but occur in the shelter involving clients, staff, visitors or property, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations
- Off-site incidents involving clients and/or staff that affect community quality of life, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations
- Removal, via EMS, of any client for any reason other than a Priority One or Priority Two event

**Special Cases:**
- If NYPD, FDNY or EMS has been called, and is not responding within a reasonable time, immediate notification must be made to at least the Assistant Commissioner for guidance and assistance
- In confirmed or suspected cases of contagious disease (i.e. chickenpox, Hepatitis A, tuberculosis, measles, meningitis), the Assistant Commissioner should alert the Agency Medical Director immediately