# EXHIBIT E



PROJECT RENEWAL

Renewing lives, Restoring hope

## DHS Commitment Contract

Date:

A Commitment Contract is being put in place to ensure that you utilize all shelter services effectively and appropriately to guarantee that you find adequate housing.

I, Mariah Lopez, CARES ID ▇▇▇▇ will adhere to all shelter/ clinical rules and regulations, including but not limited to the items listed below:

I understand that my stay at Marsha's House is conditional and in exception to the age limits of the program.

I understand that I will be transferred to another DHS facility if I am not successfully housed within 60 days of entry to the program.

I will meet with my assigned Case Manager on a bi-weekly basis for case management and Independent Living Plan Reviews.

If I choose not to utilize the onsite psychiatric service I will provide an updated psychiatric evaluation to ensure that my housing package is appropriately updated.

If I choose not to utilize the shelter free onsite medical service I will sign consent forms with the shelter so that my outside provider can be contacted to support the documentation provided.

In the event that I am providing the shelter with documentation, such as a doctor's note, I will not alter any portion of the document.

I will provide an updated PPD so that shelter staff can create an appropriate housing package and keep it updated.

I will provide an updated Award Letter on a monthly basis to ensure that my housing package is appropriately updated.

I will attend all scheduled housing interviews as scheduled by the shelter.

I will accept the first suitable housing option presented to me.

I will work with my assigned Case Manager at the shelter and present all grievances to the shelter before prematurely reaching out to any DHS representatives other than the Ombudsman office

I will keep all of my personal items inside of my assigned locker and utilize the lock provided to me.

I understand that by not following all of the shelter rules and regulations, it will be a direct set back to finding permanency and housing and against DHS regulations.

By signing this document, I am agreeing to and understand the terms of this Commitment Contract.

Mariah Lopez                                             4/21/17
_____                                          _____
                                                         Date

Assistant Director                                      4/21/17
_____                                          _____
                                                         Date

Shelter Director                                        4/21/17
_____                                          _____
                                                         Date