# EXHIBIT F

Incident Report Home On-site incidents that are not classified as Priority One or Priority ...    Page 1 of 1

## Incident Report Home
On-site incidents that are not classified as Priority One or Priority Two, but occur in the shelter involving clients, staff, visitors or property, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations

### Details

| | |
|---|---|
| **Type:** On-site incidents that are not classified as Priority One or Priority Two, but occur in the shelter involving clients, staff, visitors or property, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations | **Priority:** 3 |
| **Date of Incident:** 4/24/2017 | **Time of Incident:** 01:10 AM |
| **Reported By:** KGRINNELL-CP | **Status:** In Review [View History] |
| **Closure Date:** | **Disposition:** |

### Incident Participants

| Action | First Name | Last Name | Role | Status | Suspension/Sanction Indicator | Attached Document(s) |
|---|---|---|---|---|---|---|
| View | MARIAH | LOPEZ | Perpetrator | Active | | Attached Document(s) |
| View | Troy | Miller | Witness | Active | | Attached Document(s) |

### Description of Incident

Created by: Kaedon Grinnell
04/24/2017 11:11 AM
On 4/24/17 at 1:10 AM client Mariah Lopez entered the facility with outside food. She was informed that as per Project Renewal policy no outside food was permitted in the facility. The client disregarded the directive and stated "If you want to keep your f@#king job you better leave me the f@%k alone." The client proceeded to enter the facility despite staff's request.

### Incident Location
1st Floor access control

### Immediate Action Taken
Client was informed of the facility rules. Incident report was filed.

### Incident Responders

| Action | Responder | Time Called | Time Arrived | Name | Badge | Unit | Comments |
|---|---|---|---|---|---|---|---|

### Injuries

| Action | Name | Injury | Hospital | Hospital Name |
|---|---|---|---|---|

### DHS Review/Recommendations

| Action | Review/Recommendation | Indicators |
|---|---|---|

### Incident Disposition Comments

Close