# EXHIBIT J

Incident Report Home Off-site incidents involving clients and/or staff that affect commun... Page 1 of 1

## Incident Report Home Off-site Incidents Involving clients and/or staff that affect community quality of life, Including: thefts, physical fights, personal injury, minor property damage, and/or evacuations

### Details

| | | | |
|---|---|---|---|
| Type: | Off-site incidents involving clients and/or staff that affect community quality of life, Including: thefts, physical fights, personal injury, minor property damage, and/or evacuations | Priority: | 3 |
| Date of Incident: | 5/2/2017 | Time of Incident: | 08:13 AM |
| Reported By: | KROYE-CP | Status: | In Review [View History] |
| Closure Date: | | Disposition: | |

### Incident Participants

| Action | First Name | Last Name | Role | Status | Suspension/Sanction Indicator | Attached Document(s) |
|---|---|---|---|---|---|---|
| View | Dionne | Barnes | Victim | Active | | Attached Document(s) |
| View | MARIAH | LOPEZ | Perpetrator | Active | | Attached Document(s) |
| View | Troy | Miller | Witness | Active | | Attached Document(s) |

### Description of Incident

Created by: Katina Roye
05/02/2017 11:53 AM
On Tuesday, 5/2/17 at 8:13AM, RA Barnes and RA Miller were walking down the block to enter Marsha's House when client, Mariah Lopez, CARES ID# ▮▮▮▮▮ stated "The same thing that happened to your friend can happen to you. I know people that can make a lot of things happen, and your dead friend on the other side watches over you". Staff removed themselves from the situation and did not enter Marsha's House at the time.

Created by: Katina Roye
05/02/2017 11:56 AM
The statement was directed to RA Barnes.

### Incident Location

185th Street b/t Washington & Bassford Ave

### Immediate Action Taken

Staff removed themselves from the situation.

### Incident Responders

| Action | Responder | Time Called | Time Arrived | Name | Badge | Unit | Comments |
|---|---|---|---|---|---|---|---|

### Injuries

| Action | Name | Injury | Hospital | Hospital Name |
|---|---|---|---|---|

### DHS Review/Recommendations

| Action | Review/Recommendation | Indicators |
|---|---|---|

### Incident Disposition Comments

Close