# EXHIBIT K

Incident Report Home On-site incidents that are not classified as Priority One or Priority ... Page 1 of 1

**Incident Report Home** On-site incidents that are not classified as Priority One or Priority Two, but occur in the shelter involving clients, staff, visitors or property, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations

### Details

| | |
|---|---|
| **Type:** On-site incidents that are not classified as Priority One or Priority Two, but occur in the shelter involving clients, staff, visitors or property, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations | **Priority:** 3 |
| **Date of Incident:** 5/4/2017 | **Time of Incident:** 05:00 PM |
| **Reported By:** KGRINNELL-CP | **Status:** Submitted [View History] |
| **Closure Date:** | **Disposition:** |

### Incident Participants

| Action | First Name | Last Name | Role | Status | Suspension/Sanction Indicator | Attached Document(s) |
|---|---|---|---|---|---|---|
| View | MARIAH | LOPEZ | Perpetrator | Active | | Attached Document(s) |

### Description of Incident

Created by: Kaedon Grinnell
05/04/2017 09:25 PM
On 5/4/17, the writer received a report from QPS security supervisor that client Mariah Lopez's emotional therapy pet was off leash and walking around the 1st floor foyer unsupervised.

### Incident Location

1st Floor Area

### Immediate Action Taken

The client will be engaged regarding her emotional therapy pet remaining on leash.

### Incident Responders

| Action | Responder | Time Called | Time Arrived | Name | Badge | Unit | Comments |
|---|---|---|---|---|---|---|---|

### Injuries

| Action | Name | Injury | Hospital | Hospital Name |
|---|---|---|---|---|

### DHS Review/Recommendations

| Action | Review/Recommendation | Indicators |
|---|---|---|

### Incident Disposition Comments

Close