# EXHIBIT L

Case Notes: MARIAH LOPEZ - ████████                                    Page 1 of 1

---

**Case Notes:** MARIAH LOPEZ - ████████

Close

**Notes History**

On: 05/09/2017 01:14 PM
Created By: Kaedon Grinnell
Data:

The writer met with the client on 5/8/17 for an unscheduled meeting to discuss 3 recent incident reports. The first report refers to an incident which took place on 5/7/17 at 10:30 AM. QPS Guard Lashaunda Griffin reports that the client's emotional support animal was off leash on the 3rd floor and approached staff. The client stated that she has been more mindful of keeping her support animal on leash in common areas and will continue to do so. The writer took the opportunity to attempt to engage the client regarding the Emotional Support Animal contract however the client stated that she was uninterested in reviewing it. The writer informed the client that she is bound by the contract however; the client did not acknowledge the contract.

The second report addressed refers to an incident which occurred on 5/7/17 at approximately 8:15pm. QPS Supervisor Oliva reported to Operations that lit candles were found in the client's room. The report states that the client was not present at the time. The client denied the report but she did state that she uses the candles for religious observance and plans to file a reasonable accommodation request. The writer informed the client that any such request would be reviewed by the appropriate parties however, until then lighting candles in the facility is against shelter rules.

The third report addressed refers to an incident which occurred on 5/7/17 at approximately 11:30pm. At that time QPS guards informed Project Renewal Operations staff that the client entered the facility with a bottle of wine. Staff reports that the client appeared to be under the influence at the time of the encounter and she refused to surrender or discard the bottle. It is reported that the client then took the bottle to her unit. The client told the writer that the bottle was a souvenir from her sister's baby shower and she stated that the contents of the bottle were not alcohol. The client was unclear as to what was in the bottle. The client did admit to being intoxicated during the encounter. The writer informed the client that according to shelter rules she is not permitted to have alcohol in the facility. The client stated that she understood the rule and would refrain from bringing any contraband into the facility going forward.

Assessment:

The client was coherent and cordial during the encounter. The client appeared to understand the rules discussed during the meeting.

Plan:

The writer will inform the appropriate DHS and PRI officials of the incident report follow ups.

Close