# EXHIBIT M



# Department of Homeless Services

## NYC Department of Homeless Services Incident Report

Priority Code: 3  
Time: 11:25 PM  
Facility Class: Shelter  

Date: 05/07/2017  
Facility Name: Marsha's House  
Facility Type: Adult Shelter  

Day of Week: Sunday  
Facility Code: X185  
Primary Type: On-site incidents that are not classified as Priority One or Priority Two, but occur in the shelter involving clients, staff, visitors or property, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations

Secondary Types:

PERSONS INVOLVED: O=Other S=Staff C=Client   V=Victim  W=Witness  Ob=Observer  P=Perpetrator O=Other

| O-S-C | V-W-Ob-P-O | Last Name | First Name | Sex | CARESID | SSN | Age | DOB |
|---|---|---|---|---|---|---|---|---|
| S | Ob | Barkley | Lamont | | | | | |
| S | Ob | Daniels | Shareef | | | | | |
| S | Ob | Smith | Cheyenne | | | | | |
| C | P | LOPEZ | MARIAH | Female | ▆▆▆ | ▆▆▆ | 32 | ▆▆▆ |

**BRIEF DESCRIPTION OF INCIDENT:** (Who, what, where, when) Attach additional sheet if necessary

Created by: Katina Roye  
05/08/2017 03:49 PM  
On Sunday, May 7, 2017 at 11:25PM, client Mariah Lopez, CARES ID# ▆▆▆ entered Marsha's House with a bottle of wine. QPS, Daniels and Cheyenne informed R/A Barkley, who asked client to leave the bottle at ACCESS. Client refused and proceeded upstairs.

**IMMEDIATE ACTION TAKEN:** (By on-site staff responding to the incident)  
Client was informed of the rules and regulations.

**RESIDENT STATEMENT ATTACHED, WHEN APPLICABLE.** (See Part 491.7(d)(15))

☐ Resident statement attached.



DOC|INCIDENT_REPORTS


# Department of Homeless Services

☐ Resident refused but offered.
☐ Resident unable to provide statement due to medical or related emergency reason.
☐ Other _____

Report Prepared By/Signature: *Katina Raye*    Title: ASSISTANT DIRECTOR
Date: 5/8/17

Report Reviewed By/Signature: *Kala Spell*    Title: Shelter Director
Date: 5/8/17

☐ Security/Peace Officer Report Attached

**REVIEW/RECOMMENDATION:** *To be completed by DHS Staff*

**INDICATORS:** *To Be Completed by DHS Staff*

_____ Date: _____
Signature of DHS Program Analyst

**DISPOSITION/FINAL ACTION TAKEN:** *To be completed by DHS Program Administrator*

_____ Date: _____
Signature of DHS Program Administrator

DATE REPORT RETURNED TO FACILITY (CLIENT SUSPENSIONS ONLY): _____

**Priority One Incidents** are the most serious and urgent. Priority One Incidents include:

- Homicide, suicide, or death on site attempted homicide, attempted suicide, assault resulting in life-threatening injury, or accident resulting in life-threatening injury (including drug overdose) Use of a firearm Rape, attempted rape, or sexual assault Arrest for alleged child abuse or emergency transport of child for medical treatment due to suspected child abuse Fire, disaster, or other environmental concern that involves a life-threatening injury or the evacuation of an entire site as directed by emergency personnel or FDNY response Riot, bomb threat, hostage taking/abduction, or missing children Unscheduled on-site presence of the press or elected official Assault or threatening behavior that results in life-threatening injury or accident resulting in life-threatening injury (including overdoes) Arrest of DHS staff on site Heating, water, electrical failure, or other environmental issue (i.e. asbestos, lead, radon), that is expected to last more than 4 hours Domestic violence that results in the victim pressing charges, arrest of the assailant and/or the relocation of the victim


# Department of Homeless Services

**Priority Two Incidents** include problems that are not immediately life-threatening or dangerous, but still must be reported promptly, so that agency administrators are informed of the incident and can resolve the matter within appropriate time frames

- Physical fights that do not result in arrest
- Allegations of: rape, attempted rape or sexual assault that do not result in arrest
- Arrest of a client, staff, or visitor for criminal activity occurring in the facility, including harassment, intimidation or victimization (i.e. stealing, extortion, loan sharking)
- Incidents that occur off shelter premises (including client deaths) and/or involve persons known to be current shelter clients and that would otherwise be classified as Priority One
- Child abuse that is reported and results in the removal of children by ACS, but no arrests are made
- Theft or vandalism of property valued at $1500 or more
- Intentional fire setting or damage to facility equipment by a client
- Possession, use, or sale of drugs or alcohol on premises resulting in suspension of a client
- Possession of a firearm

**Priority Three Incidents** include unusual occurrences that need to be recorded and reviewed for possible corrective action:
- On-site incidents that are not classified as Priority One or Priority Two, but occur in the shelter involving clients, staff, visitors or property, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations
- Off-site incidents involving clients and/or staff that affect community quality of life, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations
- Removal, via EMS, of any client for any reason other than a Priority One or Priority Two event

**Special Cases:**
- If NYPD, FDNY or EMS has been called, and is not responding within a reasonable time, immediate notification must be made to at least the Assistant Commissioner for guidance and assistance
- In confirmed or suspected cases of contagious disease (i.e. chickenpox, Hepatitis A, tuberculosis, measles, meningitis), the Assistant Commissioner should alert the Agency Medical Director immediately