# EXHIBIT N

Case Notes: MARIAH LOPEZ - ▮▮▮▮▮                                         Page 1 of 1

---

**Case Notes:** MARIAH LOPEZ - ▮▮▮▮▮

Close

**Notes History**

On: 05/10/2017 06:09 PM
Created By: Kaedon Grinnell
Data:

The writer met with the named client on 5/10/17 at 11:30am for an unscheduled meeting. The client reported that she feels the food being served in the facility is inadequate and is not prepared with enough care. The client also voiced concerns regarding the menu selection stating that one of the dinners featured potatoes with a side of potatoes. The writer inquired as to whether there was a protein provided in the meal and the client stated that there was protein in the meal. The writer requested that the client formalize her complaint by making a list of issues that could be addressed directly. The client agreed to do so.

During this meeting the client stated that she required access to transportation to retrieve some of her belongings. The writer scheduled the client to be escorted by the housing coordinator on Friday 5/12.

The client also stated that she misspoke during a previous meeting and she did in fact light candles on the fifth floor and neglected to extinguish them. She was informed that the lighting of candles in the facility is not permitted.

Assessment:

The client appeared to be calm and coherent throughout the meeting.

Plan:

The writer will respond to the client's grievance related to the food standards once received.

Close