# EXHIBIT O

Case Notes: MARIAH LOPEZ - ███████

Case Notes: MARIAH LOPEZ - ▓▓▓▓▓ Page 2 of 3

Close

**Notes History**

On: 05/10/2017 06:08 PM
Created By: Kaedon Grinnell
Data:

The writer met with the client on 5/10/17 at approximately 4:15pm along with AD Katina Roye for an unscheduled meeting. The purpose of the meeting was to address an incident report from 12:15pm on 5/10/17 and to provide the client with Notice of Transfer. The incident report stated as follows:

"On 5/10/17 at 12:18pm, kitchen worker Tonya Fowler reports client Mariah Lopez approached her and verbally assaulted her regarding the portion size of another client's lunch. Ms. Fowler reports that Mariah Lopez stated that she would "beat the sh@t out of [her]." Ms. Lopez went on to state that she would be going outside to "get someone to put their hands on her." Assistant Director Katina Roye intervened and client Mariah Lopez moved out of the personal space of the Ms. Fowler and sat down in the cafeteria. Shortly after, AD Roye brought the matter to the attention of the Shelter Director. The Shelter Director and Assistant Director met with Ms. Fowler to discuss the incident. Ms. Fowler stated that she feels unsafe working under these conditions and feels that Ms. Lopez intends to do her harm. She went on to state that Ms. Lopez has regularly harassed her in the cafeteria area. Ms. Fowler was visibly emotional throughout the meeting often crying while voicing her concern for her well-being. The Shelter Director informed Ms. Fowler that the matter would be reported to DHS immediately."

The writer informed the client at the beginning of the meeting that she was to be transferred on 5/11/17 and this meeting served as a notification of transfer and her opportunity for a supervisory review. The client was presented with the Notice of Transfer at which time she refused to sign. The client inquired as to the formal procedure. The writer informed that client that she could use this opportunity to respond as to why she disputes the transfer.

The client began to discuss the incident outlined above and stated that she did in fact make the statements however the statements were a "conditional threat" only to be carried out in the event that the kitchen worker continues to "discriminate with food" specifically portion size. The writer informed the client that her behavior caused the staff to fear for her safety as a result a safety transfer was required.

The client then contacted her "mother" Susan, and began to discuss the details of the incident and the transfer. The client told Susan that she did in fact make those statements and reiterated her concerns regarding the client's portion size.

The client asked if the transfer was initiated by DHS and she was informed that it was initiated by the writer. The client stated that she believed the transfer to be retaliatory due to the fact that the she contacted the writer's supervisory shortly before. The writer informed the client that her transfer was based on her behavior and not any retaliatory action and that the writer was unaware of any communication with PRI program staff. The client requested an audience with Dean Uetake and Mr. Uetake was contacted and placed on speaker phone. The client voiced her protest to the transfer and stated that Mr. Uetake should consider rescinding the request as she plans to take legal action. Mr. Uetake stated that he would not be engaging the client at this time.

The client revisited the issue of the staff's concern for their well-being and stated that if she is transferred "Ms. Fowler's safety would be more of a concern" than if she was allowed to remain. The client went on to state that when she "puts this issue on her Vlog" she could have a number of people waiting at the site to attack Ms. Fowler.

The client then contacted PRI Executive Director Stephanie Cowles and left the office to have a conversation with her. When the client returned she asked numerous questions regarding the nature of the paperwork and was informed that the forms were standard Notice of Transfer documents. The client then left the office without signing the notice of transfer document.

At approximately 5:30pm, the client returned to the office and opened the door holding two plates of food. The client presented as angry and confrontational and continued her claim that there was discrimination against the resident in terms of the portion of food. The client claimed that one plate was considerably larger than the other. The writer informed the client that this interaction was inappropriate and asked her to leave his office. The client continued for some time and then eventually complied.

Assessment:

The client was well mannered and cordial through the initial meeting however, her behavior shifted significantly during the following encounter at 5:30pm.

Plan:

Case Notes: MARIAH LOPEZ - ▮▮▮▮▮▮▮ Page 3 of 3

The writer will inform DHS that the client received the notification of transfer.