# EXHIBIT Q

Form 402A  
1/98 Revised

Division of Adult Services  
Department of Homeless Services

## CLIENT NOTIFICATION OF TRANSFER

Shelter: Marsha's House - 480 e. 185th St. BX NY

Date: 05 / 10 / 2017

| CLIENT'S SURNAME: | FIRST NAME: | H.A. NUMBER: |
|---|---|---|
| Lopez | Mariah | ▮ |

You are being OFFICIALLY transferred by  05/ 11 / 2017, because

Administrative Transfer - Safety Concern

### Right of Review

Upon receipt of this notice, you are entitled to meet with your caseworker to discuss why you are being transferred. If you disagree with the transfer, you may have a Supervisory Review to respond to the reason(s) for your transfer.

[ ] I accept the reason(s) for transfer and I do NOT request a Supervisory Review.

Client's Signature (X) _____   Date: _____

[ ] I do not accept the reason(s) for transfer and I request a Supervisory Review.

Client's Signature (X) _Client refused to sign_   Date: _____

[ ] I do not accept the reason(s) for transfer and I do NOT request a Supervisory Review.

Client's Signature (X) _____   Date: _____

[ ] Client refused to sign; however, reason(s) for transfer was explained to client. Supervisory Review mandated.

WITNESSING CASEWORKER: _Katina Roye_   Signature: _Katina Roye_   Date: 5/10/17

SOCIAL SERVICE DIRECTOR/  
SHIFT SUPERVISOR: _____

Signature   Print Name   Date

___ I have scheduled a SUPERVISORY REVIEW with client on  5 / 10 / 17

SHELTER DIRECTOR/DEPUTY: I have reviewed the reasons for transfer with the client, and find that the transfer is:  
( ) Withdrawn; no transfer at this time   (✓) Upheld; transfer will proceed as above   ( ) Revised; new Transfer Shelter and 402A.

_Kredon Grinnell_   Signature: _____   Date: 5/10/17  
Print Name

Distribution: Original to client, copy to case record.