# EXHIBIT R

Form 402B
Revised 8/10/98

Division of Adult Services
Department of Homeless Services

# SHELTER CLIENT TRANSFER REFERRAL

| CLIENT'S SURNAME: | FIRST NAME: | H.A. NUMBER: |
|---|---|---|
| Lopez | Mariah | ▇▇▇ |

\* You are being OFFICIALLY transferred on 05 / 11 / 17 to Win West Shelter, because:

__Administrative Transfer - Safety Concern__

| NAME OF SHELTER REFERRED TO: | ADDRESS OF SHELTER REFERRED TO:: |
|---|---|
| Win West Shelter | 341 W. 51st Street NY NY |
| CONTACT PERSON AT SHELTER REFERRED TO: | DATE REFERRED / TIME OF CALL: |
| Diana Santos | |

\* Beginning on 05 / 11 / 2017, your new shelter is your OFFICIAL SHELTER. You are not eligible to transfer for services at any other DHS or DHS contracted Adult Services shelter. You may not transfer to any other DHS or DHS contracted Adult Services shelter without agency approval.

Your Official shelter will provide the following services to you:
1) bed
2) locker
3) three meals a day
4) clothing
5) toiletries
6) carfare
7) recreation
8) social services

**TRANSFER APPROVED BY:** Kaedon Grinnell
Print Name     Signature     5/11/17   Date

[ ] I did NOT request a Supervisory Review and accept the transfer as a change in my official shelter.

Client's Signature (X) _____ Date: _____

[ ] I have had a Supervisory Review on __ / __ / __ and I accept transfer to my new official shelter.

Client's Signature (X) _____ Date: _____

[ ] I have had a Supervisory Review on __ / __ / __, but continue to disagree with the change in my official shelter.

Client's Signature (X) _____ Date: _____

[ ] Client refused to sign; however, form was explained to client.

WITNESSING WORKER: _____
Print Name     Signature     Date

Time that client left referring shelter _____ A.M. or P.M.