SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x
MARIAH LOPEZ,

                               Petitioner,

        - against –

NYC DEPARTMENT OF HOMELESS SERVICES;   **AFFIDAVIT**
PROJECT RENEWAL,

                              Respondents.    Index No. 100632/2017
------------------------------------------------------------------x

STATE OF NEW YORK  )

COUNTY OF NEW YORK  )

Trevor Ollivierre, being duly sworn, deposes and says:

1. I have been a resident at Marsha's House since April 4, 2017.

2. Another resident at Marsha's House, Mariah Lopez, has been threatening me, bullying me, and trying to disrupt me as I go about my daily life. This behavior started shortly after Ms. Lopez arrived at Marsha's House in late April, 2017.

3. On or about May 20, 2017, at approximately 2 am, I was startled by yelling right next to my door. I opened the door and found out that it was Ms. Lopez. She was verbally threatening security and me as well.

4. Ms. Lopez made inappropriate remarks about my health status and medical issues, and said that she is going to have all gay males transferred out of this facility.

5. Ms. Lopez has a dog in the facility. Her dog tried to bite me two times and was off leash.

6. I have also heard Ms. Lopez make derogatory remarks about staff at Marsha's House, and I have witnessed her harassing QPS Security staff. She also said she killed a staff member that passed away after he was fired for arguing with her and she publicly humiliated him on Facebook Live.

**Trevor Ollivierre**

Sworn to before me this
24th day of May 2017

*[Notary signature]*
NOTARY PUBLIC

AUDREY JONES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01JO6145654
Qualified in Bronx County
My Commission Expires 05-08-2018