SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------- x

In the Matter of the Application of

MARIAH LOPEZ,

                              Petitioner,

-against-

N.Y.C. DEPARTMENT OF HOMELESS SERVICES,
PROJECT RENEWAL,

                              Respondents.

------------------------------------------------------------------- x

**AFFIRMATION OF SERVICE**

Index No. 100632/2017

Motion Seq. No. 1

I.A.S. Part 12 (Jaffe, J.)

**Thomas B. Roberts**, an attorney admitted to practice in the courts of New York State, hereby affirms under the penalties of perjury:

    That on May 24, 2017, I served the accompanying (i) Verified Answer and the exhibits attached thereto, (ii) Affidavit of Dean Uetake, (iii) Affidavit of Paul Hargrow, (iv) Affidavit of Kaedon Grinnell, (iv) Affidavit of Tonya Fowler, and (v) Affidavit of Trevor Ollivierre on Mariah Lopez by electronic mail at mariah4change@gmail.com, and by overnight mail addressed to Mariah Lopez, Marsha's House, 480 East 185th St., Bronx, N.Y. 10458 by causing true copies of the same, enclosed in a properly addressed, securely sealed, prepaid wrapper, to be delivered to a representative of the United Parcel Service with instructions that they be delivered by overnight courier service for delivery on May 25, 2017.

    That on May 24, 20176, I also served the accompanying (i) Verified Answer and the exhibits attached thereto, (ii) Affidavit of Dean Uetake, (iii) Affidavit of Paul Hargrow, (iv) Affidavit of Kaedon Grinnell, (iv) Affidavit of Tonya Fowler, and (v) Affidavit of Trevor Ollivierre on Richard Greenberg, counsel for Project Renewal by electronic mail at greenber@jacksonlewis.com, and by overnight mail addressed to Richard Greenberg, Jackson Lewis P.C., 666 Third Ave, 29th floor, New York, NY 10017 by causing true copies of the same, enclosed in a properly addressed, securely sealed, prepaid wrapper, to be delivered to a representative of the United Parcel Service with instructions that they be delivered by overnight courier service for delivery on May 25, 2017.

Dated: New York, New York
       May 24, 2017

                                                      THPOMAS B. ROBERTS

Index No. 100632/201  Part 12 (Jaffe, J)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of

MARIAH LOPEZ,

                                           Petitioner,

-against-

NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES
and PROJECT RENEWAL,

                                           Respondents.

## ANSWER OF DHS AND SUPPORTING AFFIDAVITS

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
*Attorney for Respondent*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Thomas B. Roberts*
*Tel: (212) 356-0872*
*Matter #. 2017-025551*

*Due and timely service is hereby admitted.*

*New York, N.Y. ................................................................, 20......*

*................................................................................, Esq.*

*Attorney for ................................................................*

- 18 -