USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
: 
MARIAH LOPEZ, :
:
Plaintiff, :
: 17-CV-3014 (VEC)
-against- :
: ORDER
:
THE CITY OF NEW YORK, and PROJECT :
RENEWAL, INC. :
Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 30, 2017 the Court held a status conference in the above-captioned matter;

       IT IS HEREBY ORDERED that the Court shall construe Ms. Lopez's June 15, 2017 application for a temporary restraining order, Dkt. 31, as an amended complaint. In the event defendant Project Renewal, Inc. objects to treating the June 15, 2017 application as an amended complaint, it must inform the Court by July 7, 2017.

       IT IS HEREBY FURTHER ORDERED that Defendants' Rule 12 motions shall be due by August 4, 2017. Plaintiff's response is due by September 8, 2017. Defendants' replies are due by September 22, 2017.

       IT IS HEREBY FURTHER ORDERED that the City is directed to inform the Court promptly of any material developments in the parallel state court Article 78 proceedings.

IT IS HEREBY FURTHER ORDERED that briefing on Plaintiff's motion for a preliminary injunction is adjourned *sine die*.

**SO ORDERED.**

**Date: July 5, 2017**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**