# Exhibit 5

5/25/2017            Case Details - Summary

# New York State Unified Court System

## WebCriminal

### Case Details - Summary

**CASE INFORMATION**
Court: Bronx Criminal Court
Case #: 2017BX021431
Defendant: Lopez, Mariah

**Defendant**
Name: Lopez, Mariah
Birth Year: 1985
NYSID: 1511603H

**Incident and Arrest**

Incident
 Date: May 24, 2017
 CJTN: 68155806P

Arrest
 Date & Time: May 24, 2017 17:59
 Arrest #: B17627066

Officer
 No Officer Information on File

**Attorney Information**

No Attorney Information on File

**Next Appearance**

Date: May 25, 2017
Court: Bronx Criminal Court
Part: APAR1

**Docket Sentence**

No Sentence Information on File

# New York State Unified Court System

## WebCriminal

### Case Details - Charges

**CASE INFORMATION**

Court:      Bronx Criminal Court
Case #:     2017BX021431
Defendant:  Lopez, Mariah

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| PL 120.05 06 **TOP CHARGE** | D Felony, 1 count, Not an arrest charge, Arraignment charge<br>Description: *Assault Non-partic Dr Fel* | |
| PL 120.00 01 | A Misdemeanor, 1 count, Not an arrest charge, Arraignment charge<br>Description: *Aslt W/Int Causes Phys Injury* | |
| PL 145.00 01 | A Misdemeanor, 1 count, Arrest charge, Arraignment charge<br>Description: *Crm Mis:Intnt Dmge Prprty* | |
| PL 240.26 01 | Violation, 1 count, Not an arrest charge, Arraignment charge<br>Description: *Harassment 2nd- Phy Contact* | |

5/25/2017 — Case Details - Appearances

# New York State Unified Court System

## WebCriminal

### Case Details - Appearances

**CASE INFORMATION**

Court: Bronx Criminal Court
Case #: 2017BX021431
Defendant: Lopez, Mariah

| Date/Time | Judge/Part | Calendar Section | Arraignment/Hearing Type | Court Reporter | Outcome/Release Status |
|---|---|---|---|---|---|
| 05/25/2017 | APAR1 | PENDING | Pre-Arraignment Deposition Given | | |