# Exhibit 8

**Incident Report Home** On-site incidents that are not classified as Priority One or Priority Two, but occur in the shelter involving clients, staff, visitors or property, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations

### Details

| | |
|---|---|
| **Type:** On-site incidents that are not classified as Priority One or Priority Two, but occur in the shelter involving clients, staff, visitors or property, including: thefts, physical fights, personal injury, minor property damage, and/or evacuations | **Priority:** 3 |
| **Date of Incident:** 5/26/2017 | **Time of Incident:** 07:32 PM |
| **Reported By:** JANIET-CP | **Status:** In Review [View History] |
| **Closure Date:** | **Disposition:** |

### Incident Participants

| Action | First Name | Last Name | Role | Status | Suspension/Sanction Indicator | Attached Document(s) |
|---|---|---|---|---|---|---|
| View | Lamont | Barkley | Victim | Active | | Attached Document(s) |
| View | Kevin | Davis | Witness | Active | | Attached Document(s) |
| View | Sergeant | Dudzik | Witness | Active | | Attached Document(s) |
| View | MARIAH | LOPEZ | Perpetrator | Active | | Attached Document(s) |

### Description of Incident

Created by: Janie Thomas
05/28/2017 12:08 PM

On Friday 5.26.17 at 7:32pm, Suspended client Mariah Lopez CARES# ▉▉▉▉ has walked into Operations Office and threatened staff member R/A Barkley verbally stating "I showed your picture to everyone in Fortgreen Brooklyn", "I'm going to have my cousins come and blow your fucking head off". "I hate your fucking ass I'M going to get you killed". R/A Barkley immediately called 911. Staff member RAS Davis and DHS Officer Chuva Badge# 599 witnessed the incident.
At this time NYPD Officer's Avellino Badge# 26918 and Benette Badge# 18959 entered Marsha's House requesting to speak to the person who called 911. I R/A Barkley informed Police Officer Benette that he called 911, Police Officer Benette asked what took place. R/A barkley informed Officer Benette of the threats on his life client Mariah Lopez stated and staff are witnesses to the fact. Police Officer Benette took a statement and informed R/A Barkley to call in 10 days they will give you a ID number and it will be on file. Officer Benette asked R/A Barkley are you in fear of your life? R/A Barkley stated "Yes and I do not get off until 8am). At this time DHS Sergeant Dudzik Badghe#843 informed client Mariah Lopez she can not enter the building while R/A Barkley is on duty.

### Incident Location
1st Floor, Operation Office

### Immediate Action Taken
911 was called, police report was made

### Incident Responders

| Action | Responder | Time Called | Time Arrived | Name | Badge | Unit | Comments |
|---|---|---|---|---|---|---|---|
| View | NYPD | 19:32 | 19:55 | Avellino, Benette | 26918, 18959 | | Active |

### Injuries

| Action | Name | Injury | Hospital | Hospital Name |
|---|---|---|---|---|
| | | | | |

### DHS Review/Recommendations

| Action | Review/Recommendation | Indicators |
|---|---|---|
| | | |

### Incident Disposition Comments

Close