# Exhibit 12

**THE REED CENTRE for Ambulatory Urological Surgery**
1111 KANE CONCOURSE, BAY HARBOR ISLANDS, FL 33154    (305) 865-2000    FAX 865-2002

New York City Department of Homeless Services

Re: Mariah Lopez
DOB ████

June 7, 2017

Mariah Lopez has been a patient of mine and underwent male to female vaginoplasty on 9/2/2009 after appropriate psychological evaluation and is medically-legally a woman since that time. She needs to maintain the patency of her neo-vagina with dilations for 15 minutes 3 times a day. This cannot easily be done standing or sitting.

She needs to be able to have the privacy of lying down during these times, as well as water soluble lubricant such as KY jelly. She is also expected to douche at least 3 times a week, for cleanliness.

*[signature]*
Harold M. Reed, M.D.
Board Certified Urologist and Transgender Surgeon
1-305-865-2000.