# Exhibit 13



Cylar House Behavioral Health Clinic
743-749 East 9th St., 2nd Floor
NEW YORK, NY 10009-5334
TEL 212-677-7999 x4202 FAX 212-739-0007
WWW.HOUSINGWORKS.ORG

June 20, 2017

Re: Mariah Lopez

To whom it concerns,

Ms. Lopez is requesting to return to Marsha's Shelter. She is currently on SSD, due to her PTSD and gender dysphoria. Mariah is highly distressed with her current living situation in a women's shelter, where it is a dormitory-like set-up. She considers this as a harm setting, that being with a cisgender female population inhibits herself to express her own gender identity, causing her more distress, mood changes.

Presently Ms. Lopez is suffering from active symptoms of PTSD manifested by poor sleep, nightmares, hyper vigilance, volatile moods and being fearful. The location of her shelter is a triggering factor for her PTSD, since she experienced her trauma within the same neighborhood. She reports having flashbacks of traumatic events that she experienced when she was younger in multiple institutions in dormitory settings.

She was provided several alternatives by the City of NY but none of these options are psychologically healthy alternatives for her. Her present living situation has led her to return to prostitution/ being a sex worker, which placed her in a higher distress. Fearing that she could "snap" at her clients due to her instability, I am recommending that Ms. Lopez be transferred back to Marsha's Shelter for her own psychological stability. If this is not an option, this should be an SRO.
All of these stressors clearly makes it difficult for her to comply with her treatment.

Whatever can be done to facilitate and expedite this process would be appreciated.

Sincerely,

PIERRE RICHARD ARTY, MD
NYS LIC#194382
DEA BA5426502

Pierre Arty, MD
Director of Psychiatry
Housing Works
Downtown Brooklyn Health Center
57 Willoughby St