# Exhibit 14



**Department of Homeless Services**

## REASONABLE ACCOMMODATION REQUEST DETERMINATION

| | |
|---|---|
| DATE: | June 26, 2017 |
| CLIENT: | Mariah Lopez |
| CARES ID: | ▮▮▮▮▮▮ |
| CC (Facility Director): | Park Slope Women's Shelter |

On June 21, 2017, DHS received your request for a reasonable accommodation through the New York City Law Department.

Your request and supporting medical documentation (Letter dated June 20, 2017 from Dr. Pierre Arty, MD) was reviewed by the Program Administrator for Park Slope Women's Shelter, Bill Distefano, in consultation with the DHS Medical Director, Fabienne Laraque, MD.

Based on this review, DHS makes the following determination:

[X]  Your request for a reasonable accommodation for a private shelter room and placement at Marsha's House has been denied.

- **Private Room:** Your request for assignment to an unshared, single unit in a DHS shelter is denied. We understand the need for privacy for dilation and since your dilation needs can be met by accessing as necessary a private room with a locking door in shelter, the request for an unshared room assignment is denied.

- **Marsha's House:** Your request to reside at Marsha's House is denied as unreasonable due to serious operational and programmatic concerns and the availability of alternative appropriate shelters. Due to prior safety incidents and behavior at Marsha's House, DHS has determined that placing you at Marsha's House would cause an undue burden to DHS as the health and safety of other shelter clients and staff would be at risk. It is further noted that Marsha's House is not a shelter facility solely for transgender clients as it also serves young men and ciswomen, including those who do not identify as Lesbian, Gay, Bisexual, or Questioning. We acknowledge the trauma that you have experienced in the past and understand that, according to your psychiatrist, you suffer from PTSD, and thus we have selected an appropriate shelter with experienced mental health professionals on-site. We also share your psychiatrist's conclusion that your best interests would be served by working diligently toward appropriate permanent housing. DHS and HRA are willing to assist you in obtaining such permanent housing as soon as possible. Attached is a list of HOMEBASE locations where you can access services to assist you with permanent housing options.



[ X ]   Your request for a reasonable accommodation has been granted.

The Department of Homeless Services offers the following accommodation:

- <u>DHS will accommodate your need for a private room to conduct dilation at the Park Slope Women's Shelter.</u>
- <u>Placement in a women's shelter (Park Slope Women's Shelter), in accordance with your self-reported gender identify, experienced in working with transgender clients.</u>
- <u>Placement at a shelter with on-site mental health services to assist you with a PTSD diagnosis.</u>

You or your representative may appeal this Determination by filing an Appeal within <u>ten (10) business days</u> of receipt of this Determination.  Appeals should be directed to the Office of Diversity & Equal Opportunity Affairs Office, 33 Beaver Street, New York, New York 10004 or eoa@dhs.nyc.gov, and **must** include:

1. The client's name, address, and telephone number;
2. A description of the program, activity, or service that was denied to client;
3. The date and nature of the alleged denial; and
4. The signature of the client or his/her authorized designee.

<u>Upon request, assistance shall be provided by Client Advocacy to file an Appeal.</u>