UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAH LOPEZ,

                     Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
HOMELESS SERVICES,

                     Defendant.

Civil Action No.: 17-CV-3014 (VEC)

**DECLARATION OF RICHARD I. GREENBERG, ESQ. IN SUPPORT OF PROJECT RENEWAL'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a Principal with the law firm of Jackson Lewis P.C., attorneys of record for Project Renewal, Inc. ("Project Renewal") in connection with the above-captioned action. As such, I am familiar with the documents attached hereto.

2. This declaration is submitted in support of Project Renewal's Motion to Dismiss Plaintiff's Amended Complaint.

3. Attached as Exhibit "A" is a copy of Plaintiff's Complaint filed with this Court on or about April 25, 2017.

4. Attached as Exhibit "B" is a copy of the Temporary Restraining Order issued by this Court on or about April 27, 2017.

5. Attached as Exhibit "C" is a copy of Plaintiff's Response to Order to Show Cause filed with this Court on or about May 1, 2017.

6. Attached as Exhibit "D" is a copy of the Order dissolving the Temporary Restraining Order issued by this Court on or about May 2, 2017.

7. Attached as Exhibit "E" is a copy of the Order granting Plaintiff's counsel's application to withdraw from the case issued by this Court on or about May 23, 2017.

8. Attached as Exhibit "F" is a copy of the New York City Department of Homeless Service's Statement of Service by Mail and Acknowledgment of Receipt by Mail of Summons and Complaint.

9. Attached as Exhibit "G" is a copy of Project Renewal's Statement of Service by Mail and Acknowledgment of Receipt by Mail of Summons and Complaint.

10. Attached as Exhibit "H" is a copy of Plaintiff's Notice of Motion for Emergency Relief filed with this Court on or about May 30, 2017.

11. Attached as Exhibit "I" is a copy of Plaintiff's Emergency Request for a Temporary Restraining Order filed with this Court on or about June 15, 2017.

12. Attached as Exhibit "J" is a copy of an Order denying Plaintiff's Emergency Request for a Temporary Restraining Order issued by this Court on June 15, 2017.

13. Attached as Exhibit "K" is a copy of an Order issued by this Court on or about July 5, 2017.

14. Attached as Exhibit "L" is a copy of Plaintiff's Verified Petition filed with the New York State Supreme Court on or about May 11, 2017.

15. Attached as Exhibit "M" is a copy of the Decision and Judgment issued by the New York State Supreme Court on or about June 14, 2017.

16. Attached collectively as Exhibit "N" are copies of decisions cited in the Memorandum of Law in Support of Project Renewal's Motion to Dismiss Plaintiff's Amended Complaint exclusively reported on computerized databases.

I declare under the penalty of perjury that the forgoing is true and correct.

_____
Richard I. Greenberg, Esq.

Dated: August 3, 2017
      New York, New York

4826-4594-3628, v. 1