UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAH LOPEZ,

                Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
HOMELESS SERVICES,

                Defendant.

Civil Action No.: 17-CV-3014 (VEC)

**DECLARATION OF RICHARD I. GREENBERG, ESQ. IN SUPPORT OF PROJECT RENEWAL'S OBJECTIONS TO SEPTEMBER 28, 2017 REPORT AND RECOMMENDATION PURSUANT TO RULE 72 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.    I am a Principal with the law firm of Jackson Lewis P.C., attorneys of record for Project Renewal, Inc. ("Project Renewal") in connection with the above-captioned action. As such, I am familiar with the documents attached hereto.

2.    This declaration is submitted in support of Project Renewal's Objections to September 28, 2017 Report and Recommendation Pursuant to Rule 72 of the Federal Rules of Civil Procedure.

3.    Attached collectively as Exhibit "A" are copies of decisions cited in Project Renewal's Objections to September 28, 2017 Report and Recommendation Pursuant to Rule 72 of the Federal Rules of Civil Procedure exclusively reported on computerized databases.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Richard I. Greenberg, Esq.

Dated: October 23, 2017
      New York, New York

4820-9448-0721, v. 1