USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
MARIAH LOPEZ,

                  Plaintiff,

         -against-

THE CITY OF NEW YORK, and PROJECT RENEWAL, INC.,

                  Defendants.
------------------------------------------------------------ X

17-CV-3014 (VEC)

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to Magistrate Judge Wang for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__ Settlement

__ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

_X__ Dispositive Motion (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

All such motions: ____

**SO ORDERED.**

Date: March 28, 2018
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**