**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MARIAH LOPEZ,                                      :
                                                   :
                          Plaintiff,               :           17-CV-3014 (VEC) (OTW)
                                                   :
             -against-                             :           **SCHEDULING ORDER**
                                                   :
NEW YORK CITY and PROJECT RENEWAL, INC.,           :
                                                   :
                          Defendants.              :
                                                   :
                                                   :
------------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

       Plaintiff and counsel for Defendants shall appear for a Status Conference on May 23, 2018 at 3:00 p.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D.

       At least one week before the conference, Defendants shall submit a letter via ECF, with copies to the Plaintiff, identifying their agenda items for the conference and a brief summary of the case. Plaintiff may file a letter by email, with copies to counsel for Defendants, by May 21, 2018, responding to any issues raised by Defendants and identifying any agenda items for the conference.

       The Clerk of Court is respectfully directed to mail a copy of this Scheduling Order to Plaintiff and note mailing on the docket.

       **SO ORDERED.**

_s/ Ona T. Wang_

Dated: New York, New York                            **Ona T. Wang**
     May 1, 2018                         United States Magistrate Judge