**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
MARIAH LOPEZ,
:
:
                 Plaintiff,      :      17-CV-3014 (VEC) (OTW)
:
      -against-      :      **ORDER**
:
NEW YORK CITY and PROJECT RENEWAL, INC.,  :
:
                 Defendants.  :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

A Status Conference was held in this matter on May 23, 2018. It is now hereby

**ORDERED** that:

1. At the Status Conference, the Court informed the *pro se* Plaintiff that if she did **not** consent to consolidation, she was to email Chambers by 5:00 p.m. on May 24, 2018. Plaintiff did not email Chambers by this time, so with the consent of all parties currently in this action, this case is **consolidated** with 18-CV-4293 (VEC) (OTW).

2. The Court will treat the Complaint removed to this Court in 18-CV-4293 as the operative Second Amended Complaint in the consolidated matter.

3. Defendants shall respond to the Order to Show Cause With T.R.O. in Civil Action, removed to this Court in 18-CV-4293, which this Court will treat as a Motion for Preliminary Injunction, by **June 15, 2018**. Plaintiff's Reply, if any, shall be filed by **July 27, 2018**.

4. Defendants shall answer the Second Amended Complaint, or otherwise move for relief, by **June 27, 2018.**

5. A separate Order of Service will issue for the remaining Defendants.

6. Plaintiff is reminded to check both her email and the ECF system for future Orders.

7. All filings and communications with this court by the *pro se* Plaintiff shall be filed with the *Pro Se* Intake Unit, 500 Pearl Street, Room 200, New York, NY 10007.

8. All future filings in this matter shall be filed **only** in this action, 17-CV-3014.

**SO ORDERED.**

Dated: New York, New York
May 25, 2018

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge