# EXHIBIT 9

# New York State Unified Court System

## WebCriminal

### Case Details - Summary

**CASE INFORMATION**

Court: **Bronx Criminal Court**
Case #: **2017BX021431**
Defendant: **Lopez, Mariah**

**Defendant**

Name: **Lopez, Mariah**
Birth Year: **1985**
NYSID: **1511603H**

**Incident and Arrest**

**Incident**
Date: **May 24, 2017**
CJTN: **68155806P**

**Arrest**
Date & Time: **May 24, 2017 17:59**
Arrest #: **B17627066**

**Officer**
No Officer Information on File

**Attorney Information**

**Defense Attorney**
Name:
Type: **Legal Aid**
Court Date: **May 25, 2017**
Court Part: **APAR1**
Address: **260 E 161st St, Bronx, NY 10451**
Phone: **718-579-3000**

**Assistant District Attorney**
Name:
Assigned: **April 19, 2018**

**Next Appearance**

Date: **July 9, 2018**
Court: **Bronx Criminal Court**
Part: **AP5**

**Docket Sentence**

**No Sentence Information on File**

# New York State Unified Court System

## WebCriminal

### Case Details - Charges

**CASE INFORMATION**

| | |
|---|---|
| Court: | **Bronx Criminal Court** |
| Case #: | **2017BX021431** |
| Defendant: | **Lopez, Mariah** |

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| PL 240.26 01 | **Violation, 1 count, Not an arrest charge, Arraignment charge**<br>Description: *Harassment 2nd- Phy Contact* | |
| PL 145.00 01 | **A Misdemeanor, 1 count, Arrest charge, Arraignment charge**<br>Description: *Crm Mis:intnt Dmge Prprty* | |
| PL 120.00 01<br>**\*\*TOP CHARGE\*\*** | **A Misdemeanor, 1 count, Not an arrest charge, Arraignment charge**<br>Description: *Aslt W/int Causes Phys Injury* | |
| PL 120.05 06 | **D Felony, 1 count, Not an arrest charge, Arraignment charge**<br>Description: *Assault Non-partic Dr Fel* | Dismissed |

# New York State Unified Court System

## WebCriminal

### Case Details - Appearances

**CASE INFORMATION**

| | |
|---|---|
| Court: | Bronx Criminal Court |
| Case #: | 2017BX021431 |
| Defendant: | Lopez, Mariah |

| Date/Time | Judge/Part | Calendar Section | Arraignment/Hearing Type | Court Reporter | Outcome/Release Status |
|---|---|---|---|---|---|
| 07/09/2018 | AP5 | PENDING | No Type | | |
| 06/01/2018 | Rosenblueth, J AP5 | PENDING | No Type | Phillips, | Case Continued (adjourned) RoR Continued |
| 04/19/2018 | Poust Lopez, L AP8 | PENDING | No Type | Mcnally, | Case Continued (adjourned) RoR Continued |
| 03/08/2018 | Poust Lopez, L AP8 | PENDING | No Type | Ross, C | Case Continued (adjourned) RoR Continued |
| 02/22/2018 | Poust Lopez, L AP8 | PENDING | No Type | Wilburn, J | Case Continued (adjourned) RoR Continued |
| 01/18/2018 | Poust Lopez, L AP8 | PENDING | No Type | Delvecchio, | Case Continued (adjourned) RoR Continued |
| 12/21/2017 | Poust Lopez, L AP8 | PENDING | No Type | Hicks, S | Case Continued (adjourned) RoR Continued |
| 12/07/2017 | Poust Lopez, L AP8 | PENDING | No Type | Deane, P | Case Continued (adjourned) RoR Continued |
| 11/16/2017 | Poust Lopez, L AP8 | PENDING | No Type | Malinowski, | Case Continued (adjourned) RoR Continued |
| 11/16/2017 | Bejarano, M AP2 | PENDING | No Type | Hicks, S | Trans To Another Court Part |
| 11/15/2017 | Bejarano, M AP2 | PENDING | No Type | Hicks, M | Case Continued (adjourned) - Temporary Order Of Protection Issued RoR Continued |
| 09/26/2017 | Pitt, B FA | PENDING | No Type | Rokowsky, | Case Continued (adjourned) - Temporary Order Of Protection Issued RoR Continued |
| 07/11/2017 | Pitt, B FA | PENDING | No Type | Demasi, M | Case Continued (adjourned), Returned On Warrant - Temporary Order Of Protection Issued Released on Recognizance |
| 07/07/2017 | | PENDING | No Type | Laney, K | |

|  |  | Rodriguez Iii, J<br>FA |  |  |  | Warrant Ordered - Temporary Order Of Protection Issued |
|---|---|---|---|---|---|---|
| 07/06/2017 |  | Pitt, B<br>FA | PENDING | No Type | Mercorella, E | Warrant Stayed - Temporary Order Of Protection Issued |
| 05/25/2017 |  | Socorro, M<br>APAR1 | PENDING | Pre-Arraignment Deposition Given | Wimmer, | Case Continued (adjourned) - Temporary Order Of Protection Issued Released on Recognizance |

# New York State Unified Court System

## WebCriminal

### Case Details - Motions

**CASE INFORMATION**

Court: **Bronx Criminal Court**
Case #: **2017BX021431**
Defendant: **Lopez, Mariah**

There are no motions on record for this case.