# EXHIBIT B

# EXHIBIT 2



**Department of
Homeless Services**

## SUSPENSION REQUEST FORM

*Section below to be completed by Shelter Director:*   Kaedon Grinnell

PROGRAM ADMINISTRATOR'S NAME:   Dean Uetake

DATE:   5/9/17

SHELTER NAME:   Marsha's House

NAME OF CLIENT TO BE SUSPENDED:   Mariah Lopez

CARES ID:   ▮▮▮▮▮

NAMES AND CARES ID# OF OTHER INDIVIDUALS INVOLVED IN THE INCIDENT:
RA Barkley / QPS Guard Daniela / QPS Guard Cheyenne

DESCRIPTION OF THE INCIDENT (Attach the Incident Report and, if relevant, attach other supporting documentation):

*Section below to be completed by Program Administrator:*

NUMBER OF SUSPENSION DAYS REQUESTED:   3

CLIENT'S PRIOR SUSPENSION HISTORY IN THE SHELTER SYSTEM:   n/a

CLIENT'S SHELTER HISTORY (attach CARES printout) : _____



**Department of
Homeless Services**

CLIENT'S SHELTER TRANSFER HISTORY OVER THE PAST YEAR, INCLUDING

REASON FOR THE TRANSFER:
 Client was administratively transferred from El Camino Inn to Star Bright Residence - Reason Unknown


MENTAL HEALTH DIAGNOSES:
 Client reports Depression, Anxiety and PTSD


MEDICAL ISSUES OR DISABILITIES:
 No medical issues known


OTHER PRIOR BEHAVIORAL OR DISCIPLINARY ISSUES:
 Client has numerous behavioral issues all documented in CARES Incident Reports.


REASON FOR SEEKING SUSPENSION (CONSIDER WHETHER ANY ALTERNATIVE

RECOURSE MAY OR MAY NOT BE VIABLE):
 Client regularly disregards the rules of the facility and has ongoing behavioral issues.


ACTION PLAN FOR CLIENT UPON RETURN FROM SUSPENSION:
 Staff will continue to engage client regarding adherence to shelter rules and regulations.