# EXHIBIT F

win
Win West Residence
341 West 51st Street
New York, NY 10019

## STAFF/RESIDENT COMPLAINT FORM

DATE OF INCIDENT: 6/7/17 NAME: Mariah Lopez DEPT/UNIT # _____

TIME: 1:54pm Subject: Reasonable Accomodation Request

I have medical needs which this
facility cannot accomodate. I have
severe PTSD and this neighborhood
is a trigger for this conditions
symptoms; Flash backes, anxiety,
Depression, increased aggression.
I also cannot sleep in a dorm setting
because of my PTSD — the
worsed abuses I have experienced
have taken place in a "dorm"
setting.

The dorm setting would →

Signature: _____ Date: 6/7/17

win

Win West Residence
341 West 51st Street
New York, NY 10019

## STAFF/RESIDENT COMPLAINT FORM

DATE OF INCIDENT: 6/7/17   NAME: Mariah Lopez   DEPT/UNIT #_____

TIME: 1:54 pm   Subject: Reasonable Accomodation Request

Also make impossible for me
to engage in daily Dilation
as per SRS post-op instructions.
I need to be lying down, in
a private sem, clean
environment. WIN has offered
a Bathroom to dilate in, as an
accomodation, which is inappropriate
unsterile, and unsafe.
I'm requesting to be sent back
to Marsha's House Shelter.

Signature: _____   Date: 6/7/17