**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MARIAH LOPEZ,

                              Plaintiff,

            - against -

THE CITY OF NEW YORK and PROJECT
RENEWAL, INC.,

                              Defendants.

---

Case No.: 17-CV-3014 (VEC)(OTW)

## MOTION TO WITHDRAW AS COUNSEL

            PLEASE TAKE NOTICE that upon the Declaration of Nidhi Srivastava, attorney

of record for Defendant Project Renewal, Inc., the undersigned will move this Court before the

Honorable Magistrate Judge Ona T. Wang, at the United States Courthouse, Southern District of

New York, 500 Pearl Street, New York, New York 10007, for an Order granting Nidhi Srivastava's

Motion to Withdraw as Counsel for Defendant.

                              Respectfully submitted,

                              JACKSON LEWIS P.C.
                              666 Third Avenue, 29th Floor
                              New York, New York 10017
                              (212) 545-4000

                    By:     *s/* Nidhi Srivastava
                              Nidhi Srivastava

Dated:  New York, New York
          December 21, 2018