

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | THOMAS B. ROBERTS<br>Phone: (212) 356-0872<br>Fax: (212) 356-2089<br>E-mail: throbert@law.nyc.gov<br>(not for service) |

January 7, 2019

**By ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:  Lopez v. City of New York et. al, 17cv 3014 (VEC)(OTW)

Dear Judge Wang:

    I am an Assistant Corporation Counsel in the office of Zachary Carter and responsible for representing the City of New York, the New York City Department of Homeless Services and the New York City Human Resources Administration ("Municipal Defendants") in the above-referenced matter.  A few minutes ago, I filed a letter addressed to Your Honor but failed to attach Exhibit A to the letter.  The Exhibit A is attached herewith.

                              Respectfully,

                              Thomas B. Roberts
                              Assistant Corporation Counsel

CC All parties by ECF