AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

MARIAH LOPEZ )
*Plaintiff* )
v. ) Civil Action No. 1:17-cv-03014-VEC-OTW
CITY OF NEW YORK, et al. )
*Defendant* )

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: LINDA WEINMAN
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 40 Foley Square, New York, New York 10007 | Courtroom No.: 443 |
| --- | --- |
| | Date and Time: Jan. 10, 2019 at 10:00am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: The entire file compiled by the Kings County Dist. Atty, incl. but not limited to documents in any form, photos, videos, cloned cell phones, and the criminal history of and any other information regarding the known alleged perpetrator of the assault & rape of Mariah Lopez that took place on or about Feb 2017, NYPD file # 2017-81-433

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/3/2019

RUBY J. KRAJICK
CLERK OF COURT

_____ OR _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

MARIAH LOPEZ
*Plaintiff*
v.
CITY OF NEW YORK, et. al.
*Defendant*

Civil Action No. 1:17-cv-03014-VEC-OTW

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: LINDA WEINMAN
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The entire file compiled by the Kings County Dist. Atty regarding the assault & rape of Mariah Lopez that took place on or about Feb. 2017, NYPD file # 2017-81-433

| Place: 40 Foley Square, Rm 443 New York, New York 10007 | Date and Time: January 10, 2019 at 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/3/2019

**RUBY J. KRAJICK**
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*      OR      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

MARIAH LOPEZ
*Plaintiff*
v.
CITY OF NEW YORK, et. al.
*Defendant*

Civil Action No. 1:17-cv-03014-VEC-OTW

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: ELANA REDFIELD
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all written communications, including but not limited to emails, texts, letters, regarding Mariah Lopez, whether or not Ms. Lopez is specifically named therein, sent or received by you between 4/1/17 and 12/31/17.

| Place: 40 Foley Square, Rm. 443 New York, New York 10007 | Date and Time: January 10, 2019 at 10:00 am. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/3/2019

**RUBY J. KRAJICK**
**CLERK OF COURT**

_____         OR         _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

MARIAH LOPEZ )
*Plaintiff* )
v. )  Civil Action No. 1:17-cv-03014-VEC-OTW
CITY OF NEW YORK, et. al. )
*Defendant* )

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: ELANA REDFIELD
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 40 Foley Square, New York, New York 10007 | Courtroom No.: 443 |
| | Date and Time: Jan. 10, 2019 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: Any and all written communications, including but not limited to emails, texts, letters regarding Mariah Lopez, whether or not Ms. Lopez is specifically named therein, sent or received by you, between 4/1/17 - 12/31/17

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/3/2019

RUBY J. KRAJICK
CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:
_____

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

MARIAH LOPEZ
*Plaintiff*
v.
CITY OF NEW YORK, et al.
*Defendant*

Civil Action No. 1:17-cv-03014-VEC-OTW

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Det. Kendrick Victoria
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 40 Foley Square, New York, New York 10007 | Courtroom No.: 433 |
| | Date and Time: Jan 10, 2019 at 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: The entire NYPD file, including but not limited to all documents in any form, notes, photos, videos, regarding the assault & rape of Mariah Lopez on or about February 2017, NYPD File # 2017-81-433.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/3/2019

RUBY J. KRAJICK
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*    OR    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).