UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MARIAH LOPEZ,

                             Plaintiff,

          -against-

NEW YORK CITY DEPT. OF HOMELESS
SERVICES, et al.,

                       Defendants.
_____

17-CV-3014 (VEC) (OTW)

**NOTICE OF MOTION TO
WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the Declaration of Evan Schnittman dated January 10, 2019, the undersigned will move this Court before the Honorable Magistrate Judge Ona T. Wang, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting Evan Schnittman's motion to withdraw as counsel for defendant THE CITY OF NEW YORK and remove his name and email address from the case's official docket.

Dated:      New York, New York
             January 10, 2019

                                        By:          _____*s/*_____
                                                  EVAN SCHNITTMAN

To:    **BY ECF**
     All Parties of Record