**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MARIAH LOPEZ,

                      Plaintiff,                      17-CV-3014 (VEC) (OTW)

       -against-                                **ORDER**

THE CITY OF NEW YORK, et al.,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The application of Evan Schnittman to Withdraw as Counsel, ECF No. 121, is **GRANTED**.

**SO ORDERED.**

                                                *s/ Ona T. Wang*

Dated: January 11, 2019                           **Ona T. Wang**
       New York, New York                  United States Magistrate Judge