**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MARIAH LOPEZ,

                Plaintiff,     17-CV-3014 (VEC) (OTW)

     -against-     **ORDER**

NEW YORK CITY DEPT. OF HOMELESS
SERVICES, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on April 17, 2019. As discussed at the Conference, it is **HEREBY ORDERED** that:

1. Plaintiff shall file her Opposition to Defendants Christine C. Quinn and WIN, Inc.'s Motion to Dismiss by April 26, 2019. Defendants' replies, if any, are due May 24, 2019;

2. The Court also issued several directives regarding discovery and settlement. The parties are referred to the transcript for further dates and specifics.

It is **FURTHER ORDERED** that Plaintiff and counsel for Defendants shall appear for a Status Conference on **May 28, 2019 at 3:00 p.m**. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. Plaintiff and Defendants shall each file a letter, via ECF, by **May 22, 2019** identifying their agenda items for the conference. Because the Motion to Dismiss should be fully briefed by that time, counsel for Defendants Christine C. Quinn and WIN, Inc. are excused from attending the May 28 Conference.

2

Because the Court has been informed that Plaintiff has regained possession of her phones, the issues raised in ECF 131 are now moot, and the Clerk of Court is directed to close the open motion at ECF 131.

**SO ORDERED.**

Dated: April 17, 2019
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge