EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

MARIAH LOPEZ,

                         Plaintiff,

      -v.-

NYC DEPT OF HOMELESS SERVICES, NYC
HUMAN RESOURCES ADMINISTRATION,
PROJECT RENEWAL INC, QPS SECURITY INC,
WIN INC, CHRISTINE Q. QUINN,

                         Defendants.
-----------------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/26/2019
```

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

Case No. 1:17-cv-03014 (VEC)

**WHEREAS**, no party to this Stipulation of Dismissal With Prejudice is an infant, an incompetent person for whom a committee has been appointed, or conservatee, and that no person not a party has an interest in the subject matter of this action as between the undersigned;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties to the above-entitled action listed below and their attorneys of record, that Plaintiff hereby voluntarily dismisses with prejudice all claims, counterclaims and defenses asserted in this action as against Quality Protection Services, Inc., incorrectly named herein as QPS Security, Inc., without costs, expenses or attorneys' fees to either party.

MARIAH LOPEZ
*Plaintiff Pro Se*

By: _____
    Mariah Lopez
    mariah4change@gmail.com

Dated: 4/24/19

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Quality Protection Services, Inc.*

By: _____
    Stephen P. Pischl, Esq.
    350 Fifth Ave 61st Floor
    New York, NY 10118
    sppischl@cbdm.com

Dated: 04/24/2019

SO ORDERED.    Date: 04/26/2019

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE