UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mariah Lopez
Write the full name of each plaintiff or petitioner.

-against-

NYC DHS et al

Write the full name of each defendant or respondent.

Case No. 17 CV 3014

NOTICE OF MOTION For Class Certification

PLEASE TAKE NOTICE that **Plaintiff** **Mariah Lopez**
plaintiff or defendant   name of party who is making the motion

requests that the Court: Entertain of motion for Plaintiff and at least Four other TLGBQ ("Queer") individuals seeking Class Action Certification under Federal Law. All individuals have real injuries and claims against the NYC Dept. of Homeless Services, relating to NYC DHS neglect and abuse of these and other Queer individuals

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):
☐ a memorandum of law
☐ my own declaration, affirmation, or affidavit
☐ the following additional documents:

Dated
Mariah Lopez
Name
Homeless
Address
212 470 9687
Telephone Number (if available)

Signature

Prison Identification # (if incarcerated)
NY   NY
City   State   Zip Code
mariah4change@gmail.com
E-mail Address (if available)

SDNY Rev: 5/24/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fill in above the full name of each plaintiff or petitioner.

Mariah Lopez

-against-

NYC DHS et al

Case No. 17 CV 3014

Fill in above the full name of each defendant or respondent.

## DECLARATION

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Mariah Lopez, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

Since this case has started it has become clear that multiple TLGBQ individuals (especially those whose Gender or Gender Expression are different than that assigned at birth) have valid

Rev. 6/30/16

1: claims of neglect and abuse. ML This abuse and neglect is widespread and systemic. Despite being pro se, it is my belief that plaintiff and other TLGBQ individuals known to NYC DHS and the Law Dept, make up the definition of a "Class" under the Federal rules of Civil Procedure; myself, Akasha Barker, Jamel Young and two other TLGBQ individuals satisfy ALL prerequisites outlined in ML under Rule 23A, Sections 1-4

No case law exists that would preclude non-lawyers from seeking "Class" Certification. Numbers 3 and 4 of 23A are most important, since the class certification would benefit all TLGBQ individuals ML who are facing homelessness in NYC, and the variation in gender expressions and medical needs between proposed-class-plaintiffs that such a case would represent the needs of most Queer Folk.

Attach additional pages and documents if necessary.

Executed on (date)

Signature

Name

Prison Identification # (if incarcerated)

Address        City        State        Zip Code

Telephone Number (if available)     E-mail Address (if available)

Page 2

Because the facts support satisfaction of section 23A 1-4, Section 23 G 1 is triggered and the Court must disregard plaintiffs pro se status, and appoint Class Counsel ....... making any legal issue of a "Class of pro se litigants" ~~[scribbled]~~ ML non-existant.

Attach additional pages and documents if necessary.

5/21/19
Executed on (date)

Signature

Mariah Lopez
Name

Prison Identification # (if incarcerated)
N/Y

Homeless
Address

N/Y
City   State   Zip Code

212 470 9687
Telephone Number (if available)

mariah4Chenge@gmail.com
E-mail Address (if available)

Page 2