

<div style="display:flex;justify-content:space-between;">
<div>
ZACHARY W. CARTER<br>
<em>Corporation Counsel</em>
</div>
<div style="text-align:center;">
THE CITY OF NEW YORK<br>
<strong>LAW DEPARTMENT</strong><br>
100 CHURCH STREET<br>
NEW YORK, NY 10007
</div>
<div style="text-align:right;">
THOMAS B. ROBERTS<br>
Phone: (212) 356-0872<br>
Fax: (212) 356-2089<br>
E-mail: throbert@law.nyc.gov<br>
(not for service)
</div>
</div>

May 22, 2019

**By ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re: <u>Lopez v. City of New York et. al, 17cv 3014 (VEC)(OTW)</u>

Dear Judge Wang:

  At your direction, I write on behalf of the Municipal Defendants with a proposed agenda for the conference scheduled in the above referenced matter for May 28, 2019 at 3:00 p.m. Counsel for Project Renewal, Inc. has advised me that he concurs with proposed agenda items 3 and 4 (as items 1 and 2 generally are not relevant to the claims against Project Renewal, Inc.). We suggest that the following items be discussed;

1. The Municipal Defendants' requests for HIPAA releases and section 160.50 releases from plaintiff;
2. Whether to issue an order to the New York County Family Court for records concerning Ms. Lopez, and if so who should be the recipient of the records;
3. Whether a settlement conference would be productive; and
4. The terms of any scheduling order in this matter.

              Respectfully,

              Thomas B. Roberts
              Assistant Corporation Counsel