UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIAH LOPEZ,

                        Plaintiff,                        17-CV-3014 (VEC) (OTW)

            -against-                           **ORDER**

NEW YORK CITY DEPT. OF HOMELESS
SERVICES, et al.,

                      Defendants.
------------------------------------------------------------x

**ORDER TO THE FAMILY COURT TO PRODUCE RECORDS PURSUANT TO 22 CRR-NY 205.5(e)**

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to 22 CRR-NY 205.5(e), the Clerk of the New York County Family Court is hereby ordered to produce a certified copy of the complete proceedings in the following matters regarding the plaintiff in this action, which records are necessary for this action:

| | | | |
|---|---|---|---|
| 1. | In the Matter of BRIAN LOPEZ; | Docket No. L-00864/95 |
| 2. | In the Matter of BRIAN LOPEZ; | Docket No. K-1154/96 |
| 3. | In re Brian Lopez | D-00471/00 |
| 4. | In re Brian Lopez | D-04482/00 |

The records shall be delivered to:

Records Management, Room 370
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

       **SO ORDERED.**

_____
Dated: May 31, 2019                                 Ona T. Wang
       New York, New York                    United States Magistrate Judge