# jackson|lewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4080
EMAIL ADDRESS: RICHARD.GREENBERG@JACKSONLEWIS.COM

June 21, 2019

**VIA ECF**

Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    **Lopez v. New York City Dep't of Homeless Services et al.**
                  **Case No.: 1:17-cv-03014 (VEC) (OTW)**

Dear Judge Caproni:

      We represent Defendant Project Renewal in connection with the above-referenced case. Plaintiff Pro Se Mariah Lopez and Defendant Project Renewal recently finalized and executed a settlement agreement resolving all of Ms. Lopez's claims as against Project Renewal. Accordingly, enclosed for Your Honor's consideration is a proposed Stipulation and Order of Final Dismissal with Prejudice signed by the undersigned and Ms. Lopez.

                                                         Respectfully submitted,

                                                         JACKSON LEWIS P.C.

                                                         Richard I. Greenberg

Enclosure
cc:    Ms. Mariah Lopez (Via ECF)
        All Counsel (Via ECF)