UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
MARIAH LOPEZ,
:
:
                     Plaintiff, :      17-CV-3014 (VEC) (OTW)
:
      -against- :      **ORDER**
:
NEW YORK CITY DEPT. OF HOMELESS :
SERVICES, et al.,
:
:
                    Defendants. :
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on September 10, 2019. As discussed at the Conference, it is **HEREBY ORDERED** that by October 1, 2019, the Center for Constitutional Rights shall file a notice of appearance on behalf of Plaintiff if it intends on appearing in this case.

It is **FURTHER ORDERED** that the Court will hold a Status Conference on **Monday, October 7, 2019 at 10:30 a.m**. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. Plaintiff and Defendants shall each file a letter, via ECF, by **October 3, 2019** identifying their agenda items for the conference.

**SO ORDERED.**

                                                                 _s/ Ona T. Wang_

Dated: September 27, 2019                                **Ona T. Wang**
      New York, New York                             United States Magistrate Judge