UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Mariah Lopez

    Plaintiff,

 -against-             17 Civ. 3014 ( VEC ) ( OTW )

NOTICE OF APPEARANCE OF
*PRO BONO* COUNSEL

The City of New York et al.

    Defendant.
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

 Enter my appearance as *pro bono* counsel in this case on behalf of:

 Plaintiff Mariah Lopez

 I certify that I am admitted to practice in this Court.

October 1, 2019               [signature]
Date                   Signature

Andrea Chinyere Ezie     NYS 496774
Print Name           Bar No.

666 Broadway 7th Fl
Address

New York,    NY      11221
City       State     Zip Code

212-614-6467      212-614-6467
Phone No.        Fax. No.

cezie@ccrjustice.org
Email Address