```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
MARIAH LOPEZ,                                               :
                                                            :
                                   Plaintiff,               :    17-CV-3014 (VEC) (OTW)
                                                            :
              -against-                                     :              ORDER
                                                            :
NEW YORK CITY DEPT. OF HOMELESS                             :
SERVICES, et al.,                                           :
                                                            :
                                   Defendants.              :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on October 18, 2019. As discussed at the conference, the parties shall meet and confer regarding what work needs to be done before a settlement conference can be productive. By **November 1, 2019**, the parties shall file a joint status letter describing the progress of these talks and proposing dates for a settlement conference.

**SO ORDERED.**

Dated: October 18, 2019  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge