

| | THE CITY OF NEW YORK | |
|---|---|---|
| JAMES E. JOHNSON<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | THOMAS B. ROBERTS<br>Assistant Corporation Counsel<br>212 356 0872\<br>throbert@law.nyc.gov |

December 2, 2019

**By ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

     Re:    <u>Lopez v. City of New York et. al</u>, 17cv 3014 (VEC)(OTW)

Dear Judge Wang:

      Pursuant to your November 4, 2019 Order (Dkt. no. 187), I write on behalf of both Parties to apprise you of the status of settlement discussions.

      As noted in my November 1, 2019 status report (Dkt. no. 186), following the October 18 status conference, the Parties met and conferred about the work that is required before a settlement conference with the Court can be productive. Ms. Ezie, counsel for Plaintiff, indicated that she would be seeking additional settlement discovery from Defendant DHS, and on October 31, 2019, Ms. Ezie sent me a list of the documents and information she would like from DHS. DHS produced some of the requested documentation and information on November 29, 2019.

      Because the settlement discovery requested and the production to date is still subject to negotiation, the Parties mutually agree they would benefit from additional time.

      The Parties would also like to be able to hold a preliminary meeting concerning settlement once settlement discovery is complete, to identify areas of possible agreement before returning to the Court.

Given the Parties' schedules and the discovery issues still outstanding, we are currently looking to schedule this settlement meeting in January. Accordingly, the Parties suggest that they report to Your Honor in writing on or before February 3, 2020 concerning their progress.

Respectfully,

Thomas B. Roberts
Assistant Corporation Counsel

**Application GRANTED.** The parties shall file a joint status letter by February 3, 2020.

As stated on the record at the October 18, 2019 conference, Plaintiff has withdrawn her motion for class certification without prejudice to re-file at a later date. Accordingly, the Clerk is directed to close ECF 143.

**SO ORDERED.**

Ona T. Wang        12/4/19
U.S. Magistrate Judge