

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**THOMAS B. ROBERTS**
Assistant Corporation Counsel
212 356 0872\
throbert@law.nyc.gov

February 3, 2020

**By ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:  Lopez v. City of New York et. al, 17cv 3014 (VEC)(OTW)

Dear Judge Wang:

Pursuant to your December 4, 2019 endorsement (Dkt. no. 191) on my December 2, 2019 letter, I write on behalf of both Parties to apprise you of the status of settlement discussions.

As noted in my December 2, 2019 letter (Dkt. no. 190), following the October 18 status conference, the Parties met and conferred on steps needed before a settlement conference with the Court can be productive. Ms. Ezie, counsel for Plaintiff, subsequently sought documents from the Department of Homeless Services ("DHS"), and I have produced some of the requested documentation and information, and continue to negotiate around the production of the remainder

Counsel for both parties met for settlement talks on January 30, 2020 and had a productive session. Both sides intend to meet again in approximately a month.

The Parties would also like to hold additional meetings concerning settlement to identify areas of possible agreement before returning to the Court.

Consistent with the direction in your December 4, 2019 endorsement, the Parties jointly request that they report to Your Honor in writing on or before March 24, 2020 concerning their progress.

Respectfully,

Thomas B. Roberts
Assistant Corporation Counsel