**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
MARIAH LOPEZ,

                      Plaintiff,           No. 17-CV-3014 (VEC) (OTW)

       -against-                    **ORDER**

NEW YORK CITY DEPT. OF HOMELESS
SERVICES, et al.,

                    Defendants.
-------------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

       The Court has reviewed the parties' respective March 24, 2020 letters: plaintiff's request for a settlement conference (ECF 194) and defendants' letter motion for additional six-weeks' time to respond to the Court regarding settlement (ECF 195). Application in ECF 195 GRANTED IN PART. Counsel are directed to further meet and confer and to file a **joint status letter on April 15, 2020** regarding areas of settlement discovery dispute. Counsel is further reminded that joint status letter means joint, not "submitted after consultation with [the other party]," and to consult the Court's Individual Practices, § II.b, regarding discovery disputes.

       The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is hereby ordered that parties and counsel shall conduct work remotely. This includes, but is not limited to, client meetings, work

meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via email or mail).

Nothing in this Order prevents the parties from seeking to further modify the pretrial schedule in light of the COVID-19 pandemic (or for any other good cause). Before seeking such relief, the parties must, as always, meet and confer (via remote means) in a good faith effort to reach agreement on how best to fulfill the goals of Rule 1 while avoiding unnecessary health risks. If any party or counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, they may email Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte*.

The Clerk of the Court is directed to close ECF 195.

**SO ORDERED.**

Dated: March 25, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge