```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIAH LOPEZ,                                               :
                                                            :
                        Plaintiffs,                         :      17-CV-3014 (MKV) (OTW)
                                                            :
           -against-                                        :      ORDER
                                                            :
NEW YORK CITY DEPT. OF                                      :
HOMELESS SERVICES et al.,                                   :
                                                            :
                        Defendants.                         :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge**:

The Court is in receipt of the letter regarding the status of settlement discussions. (ECF 197). The parties are at an impasse regarding certain discovery requests. Therefore, **parties are directed to submit letter briefs, no more than three pages, by May 14, 2020 in support of their respective positions regarding the discovery disputes detailed in ECF 197**. Parties are directed to provide case law support, and, if Defendants maintain their current position regarding Request No. 5, Defendants are directed to provide reasoning as to why methods such as redactions, sealing, and/or a protective order are not sufficient to protect privacy concerns. Parties are further directed to consult ECF 196 if they have COVID-19 related concerns.

SO ORDERED.

Dated: April 16, 2020  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge