UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARIAH LOPEZ,

              Plaintiffs,                        17-CV-3014 (MKV) (OTW)

            -against-                     **ORDER**

NEW YORK CITY DEPT. OF
HOMELESS SERVICES et al.,

              Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge**:

The parties appeared before the Court for a pre-settlement call on June 16, 2020. As directed on the call:

1) The parties are directed to submit a proposed protective order and a proposed undertaking for Plaintiff by Friday, **June 19, 2020**. The proposed protective order will allow for redactions of personally identifiable information. If the parties are unable to agree to a proposed protected order, on June 19, 2020, Plaintiff's counsel is directed to submit 1) Plaintiff's proposed protective order and 2) a redline between Plaintiff's and Defendants' proposed protective orders.

2) Defendants are directed to produce the documents sought in Plaintiff's Request No. 5(3) which seeks "copies of any LGBTQI or disability-related complaints submitted during [the April 2017 to present] time period concerning the operation of Marsha's Place and Win West" by **July 17, 2020**. Defendants are further directed to submit a status letter on **July 10, 2020** specifying in detail the progress Defendants have made on production, redaction, and the volume of documents. If Defendants require

additional time to complete production, they must make the application in the July 10, 2020 status letter, and the Court *may* grant a short extension.

**SO ORDERED.**

Dated: June 16, 2020
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge