

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

January 29, 2021

Honorable U.S. Magistrate Judge Ona T. Wang
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. Courtroom: 20D
New York, NY 10007-1312

**MEMO ENDORSED**

Re: Lopez v. Dep't of Homeless Servs. et al, 17-CV-3014 (VEC) (OTW)

Honorable Judge Wang:

The Parties write to update you on the status of settlement negotiations in *Lopez v. DHS*.

The Parties remain actively engaged in settlement talks. The Parties held a settlement conference on January 12, 2021, and will be convening their next settlement conference on Tuesday February 2, 2021.

The Parties intend to hold settlement conferences on a semi-monthly basis unless or until the Parties reach an impasse that necessitates Court intervention.

The Parties can submit another status letter updating the Court on their progress in one month's time.

Respectfully submitted with the consent of Defendants,

_____
A. Chinyere Ezie
Staff Attorney
Center for Constitutional Rights
666 Broadway Floor 7
New York, NY 10012

Parties are directed to submit a joint status letter on February 25, 2021. SO ORDERED.

_____
Ona T. Wang Feb. 5, 2021
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

      I, A. Chinyere Ezie, hereby certify that the foregoing document was served on January 29, 2021 to all counsel of record via ECF.

Respectfully submitted,

_____
A. Chinyere Ezie
Center for Constitutional Rights
666 Broadway Floor 7
New York, NY 10012