

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

February 25, 2021

Honorable U.S. Magistrate Judge Ona T. Wang
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. Courtroom: 20D
New York, NY 10007-1312

**MEMO ENDORSED**

Re: Lopez v. Dep't of Homeless Servs. et al, 17-CV-3014 (VEC) (OTW)

Honorable Judge Wang:

The Parties write to update you on the status of settlement negotiations in *Lopez v. DHS*.

Settlement talks between the Parties are still progressing. The Parties' next settlement conference is scheduled for Thursday March 4, 2021.

The Parties intend to hold settlement conferences on a semi-monthly basis unless or until the Parties reach an impasse.

With the Court's permission, the Parties can submit another status letter concerning their progress in one month's time.

Respectfully submitted with the consent of Defendants,

_____
A. Chinyere Ezie
Staff Attorney
Center for Constitutional Rights
666 Broadway Floor 7
New York, NY 10012

The parties are directed to appear for a confidential settlement status call on March 10, 2021 at 12:00 pm. Dial-in (866) 390-1828, access code 1582687. SO ORDERED.

/s/ Ona T. Wang  Feb. 26, 2021
U.S.M.J.

## CERTIFICATE OF SERVICE

      I, A. Chinyere Ezie, hereby certify that the foregoing document was served on February 25, 2021 to all counsel of record via ECF.

Respectfully submitted,

_____

A. Chinyere Ezie
Center for Constitutional Rights
666 Broadway Floor 7
New York, NY 10012