**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| MARIAH LOPEZ, | : | |
| Plaintiffs, | : | 17-CV-3014 (MKV) (OTW) |
| -against- | : | **ORDER** |
| NEW YORK CITY DEPT. OF HOMELESS SERVICES et al., | : | |
| Defendants. | : | |

---

**ONA T. WANG, United States Magistrate Judge**:

The parties are directed to submit status letters due March 31, 2021, April 30, 2021 and June 4, 2021.

**SO ORDERED.**

Dated: March 10, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge