**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
MARIAH LOPEZ,                                              :
                                                           :
                           Plaintiffs,                     :     17-CV-3014 (MKV) (OTW)
                                                           :
                -against-                                  :     ORDER
                                                           :
NEW YORK CITY DEPT. OF                                     :
HOMELESS SERVICES et al.,                                  :
                                                           :
                           Defendants.                     :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge**:

The parties are directed to submit joint status letters re: settlement on March 31, 2021, April 30, 2021, and June 4, 2021.

**SO ORDERED.**

Dated: March 16, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge