Case 1:17-cv-03014-MKV-OTW   Document 219   Filed 04/01/21   Page 1 of 2



666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

March 31, 2021

Honorable U.S. Magistrate Judge Ona T. Wang
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. Courtroom: 20D
New York, NY 10007-1312

      Re: Lopez v. Dep't of Homeless Servs. et al, 17-CV-3014 (VEC) (OTW)

Honorable Judge Wang:

      The Parties write to update you on the status of settlement negotiations in *Lopez v. DHS*.

      Settlement talks between the Parties are still progressing. The Parties held a settlement conference on Wednesday March 24, 2021, and their next settlement conference is scheduled for Thursday April 15, 2021.

      Consistent with the Court's Order of March 16, 2021, the Parties will submit another status letter concerning their progress in one month's time, on April 30, 2021.

      Respectfully submitted with the consent of Defendants,

_____

A. Chinyere Ezie
Staff Attorney
Center for Constitutional Rights
666 Broadway Floor 7
New York, NY 10012

## CERTIFICATE OF SERVICE

     I, A. Chinyere Ezie, hereby certify that the foregoing document was served on April 1, 2021 to all counsel of record via ECF.

Respectfully submitted,

_____
A. Chinyere Ezie
Center for Constitutional Rights
666 Broadway Floor 7
New York, NY 10012