

**THE CITY OF NEW YORK**

**JAMES E. JOHNSON**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEPHEN KITZINGER**
Phone: (212) 356-2087
SKitzing@law.nyc.gov

April 30, 2021

Honorable Judge Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20D
New York, New York  10007-1312

      Re:  *Lopez v. Dep't of Homeless Servs. et al.*
            Case No. 17-CV-3014 (VEC) (OTW)

Dear Magistrate Judge Wang:

      The Parties write to update you on the status of settlement negotiations in *Lopez v. DHS*.  Settlement talks between the Parties are still progressing. The Parties held a settlement conference on April 15, 2021, and their next settlement conference is scheduled for May 4, 2021.

      Consistent with the Court's Order of March 16, 2021, the Parties will submit another status letter concerning their progress in one month's time, on June 4, 2021. Respectfully submitted with plaintiff's consent.

      Respectfully yours,

      s/Stephen Kitzinger
      Stephen Kitzinger
      Assistant Corporation Counsel

cc:    All appearing parties via ECF