


**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**STEPHEN KITZINGER**
Phone: (212) 356-2087
SKitzing@law.nyc.gov

June 5, 2021

Honorable Judge Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007-1312

      Re: *Lopez v. Dep't of Homeless Servs. et al.*
           Case No. 17-CV-3014 (VEC) (OTW)

Dear Magistrate Judge Wang:

      The Parties write to update you on the status of settlement negotiations in the above-referenced matter. The Parties had a productive settlement conference on May 20, 2021 (rescheduled due to a conflict), and Defendants have agreed to provide a written response to Plaintiff's settlement proposal by June 25, 2021.

      The Parties can submit another status letter updating the Court on their progress on or by June 30, 2021. Respectfully submitted with plaintiff's consent

                                Respectfully yours,

                                <u>s/Stephen Kitzinger</u>
                                Stephen Kitzinger
                                Assistant Corporation Counsel

cc:     All appearing parties via ECF