

| MEMO ENDORSED | | |
|---|---|---|
| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | STEPHEN KITZINGER<br>Phone: (212) 356-2087<br>SKitzing@law.nyc.gov |

June 5, 2021

Honorable Judge Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20D
New York, New York  10007-1312

> **SO ORDERED:**
>
> Parties are directed to file a joint status letter on June 30, 2021.
>
> _____
> Ona T. Wang        6/9/21
> United States Magistrate Judge

Re:  *Lopez v. Dep't of Homeless Servs. et al.*
Case No. 17-CV-3014 (VEC) (OTW)

Dear Magistrate Judge Wang:

The Parties write to update you on the status of settlement negotiations in the above-referenced matter.  The Parties had a productive settlement conference on May 20, 2021 (rescheduled due to a conflict), and Defendants have agreed to provide a written response to Plaintiff's settlement proposal by June 25, 2021.

The Parties can submit another status letter updating the Court on their progress on or by June 30, 2021.  Respectfully submitted with plaintiff's consent

Respectfully yours,

s/Stephen Kitzinger
Stephen Kitzinger
Assistant Corporation Counsel

cc: All appearing parties via ECF