UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2021

MARIAH LOPEZ,

           Plaintiff,

-against-

NYC DEPARTMENT OF HOMELESS SERVICE et al.,

           Defendants.

17-cv-03014 (MKV)

MARIAH LOPEZ,

           Plaintiff,

-against-

NYC DEPARTMENT OF HOMELESS SERVICE et al.,

           Defendants.

18-cv-04293 (MKV)

## ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court has been informed by Magistrate Judge Wang, to whom these cases are referred, that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned actions are discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by October 22, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

      In light of the parties' settlement, the pending discovery motions submitted by Plaintiff [ECF No. 235] and by QPS Security, Inc. [ECF No. 236], in case number 17-cv-03014, are DENIED AS MOOT. The letter motion [ECF No. 237] by QPS to seal documents submitted to

the Court in connection with those motions is GRANTED. The documents will remain sealed pending further order of the Court.

The Clerk of Court respectfully is requested to close the motions at ECF Nos. 235-237 in case number 17-cv-03014 and to close both cases.

**SO ORDERED.**

Date: **September 23, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**