```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAH LOPEZ,

                Plaintiff,

-against-                          17-cv-03014 (MKV)

NYC DEPARTMENT OF HOMELESS          **ORDER**
SERVICES, et al.,

                Defendants.

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff's request seeking an extension of time to file any application for attorney's fees and costs is GRANTED. While the Court agrees that the order dismissing this case is not a final judgment, at least until the time for either party to move to reopen the case expires, Plaintiff's time to seek attorney's fees and costs under Rule 54 of the Federal Rules of Civil Procedure is extended to fourteen days after the parties have finalized their settlement agreement.

    The Court further notes that the parties are free to enter into a settlement agreement including whatever terms upon which they agree. Court approval is not required unless specifically mandated by statute or controlling law, and the Court is unlikely to endorse or retain jurisdiction over any settlement for which approval is not required.

**SO ORDERED.**

Date: October 6, 2021
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
United States District Judge