**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
                                                          :
MARIAH LOPEZ,                                             :
                                                          :
                                    Plaintiff,            :        17-CV-3014 (MKV) (OTW)
                                                          :
                    -against-                             :
                                                          :        **ORDER**
NEW YORK CITY DEPT OF HOMELESS                            :
SERVICES, et al.,                                         :
                                    Defendants.           :
                                                          :
----------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      Counsel for the remaining parties in this case are directed to appear for a negotiation and drafting session in aid of settlement on **November 17, 2021, beginning at 10:30am in Courtroom 20D, 500 Pearl Street, New York, NY 10007.** Plaintiff is invited, but is not required, to attend any portion of the session. Defendants' counsel must include one or more individuals **other than Mr. Kitzinger** who have authority to negotiate and agree to potential edits to the language in the draft agreement that Defendants shared earlier today. As discussed at this morning's teleconference, I will be unable to attend due to other previously-scheduled obligations, but encourage the parties to use my courtroom as a neutral space to continue negotiations.

      All attendees are directed to review and comply with the Court's Covid-19 protocols, available at https://www.nysd.uscourts.gov/covid-19-coronavirus. If necessary attendees are unable to enter the Courthouse, parties should meet and confer and move – jointly if possible – to conduct the negotiation and drafting session by videoconference.

Nothing in this Order shall be construed to prevent further expedient work toward a resolution of this case tonight. Time is of the essence. **SO ORDERED.**

Dated: November 16, 2021
     New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge