UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIAH LOPEZ,                                            Plaintiff,<br><br>-against-<br><br>THE NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES, et al.<br><br>                                                                  Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF MARIAH LOPEZ**<br><br>18-CV-04293 (MKV)(OTW) |

**IT IS HEREBY STIPULATED AND AGREED**, by, between, and among counsel for the parties herein, that any and all claims that were or could have been asserted by or on behalf of Plaintiff MARIAH LOPEZ against Defendants shall be, and hereby are, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the terms of the Stipulation of Settlement dated November 23, 2021, provided that Plaintiff may file a motion for attorneys' fees and costs pursuant to the Court's Order dated October 7, 2021, ECF 242, and the Court may retain jurisdiction to resolve all such motions.

Dated:    New York, New York
              November 24, 2021

*Executed in Multiple Signature Pages*

A. Chinyere Ezie  
Senior Staff Attorney  
CENTER FOR CONSTITUTIONAL RIGHTS  
666 Broadway, Floor 7th  
Attorney for Plaintiff Mariah Lopez  
New York, New York 10012  
(212) 614-6467  
Email: cezie@ccrjustice.org  

By: _____  
A. Chinyere Ezie, Esq.

GEORGIA M. PESTANA  
Corporation Counsel of the City of New York  
Attorney for Defendants  
100 Church Street  
New York, New York 10007  
(212) 356-2087  
SKitzing@law.nyc.gov  

By: _____  
Stephen Kitzinger, Esq.

Alexander Chen, Esq.  
Clinical Instructor and Lecturer on Law  
HARVARD LAW SCHOOL LGBTQ+ ADVOCACY CLINIC  
122 Boylston St.  
Attorney for Plaintiff Mariah Lopez  
Jamaica Plain, MA 02130  
(617) 390-2656  
Email: achen@law.harvard.edu  

By: _____  
Alexander Chen


Mariah Lopez  
Plaintiff  

By: _____  
Mariah Lopez

A. Chinyere Ezie
Senior Staff Attorney
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, Floor 7th
Attorney for Plaintiff Mariah Lopez
New York, New York 10012
(212) 614-6467
Email: cezie@ccrjustice.org

By: _____
A. Chinyere Ezie, Esq.


Alexander Chen, Esq.
Clinical Instructor and Lecturer on Law
HARVARD LAW SCHOOL LGBTQ+
ADVOCACY CLINIC
122 Boylston St.
Attorney for Plaintiff Mariah Lopez
Jamaica Plain, MA 02130
(617) 390-2656
Email: achen@law.harvard.edu

By: _____
Alexander Chen


Mariah Lopez
Plaintiff

By: _____
Mariah Lopez

GEORGIA M. PESTANA
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 356-2087
SKitzing@law.nyc.gov

By: _/s/ Stephen Kitzinger/AR____
Stephen Kitzinger, Esq.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, counsel for Plaintiff Mariah Lopez served the foregoing document on Defendants through their counsel of record.

/s/ A. Chinyere Ezie
A. Chinyere Ezie
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Phone/Fax: (212) 614-6467
Email: cezie@ccrjustice.org

*Counsel for Plaintiff Mariah Lopez*