UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIAH LOPEZ,

                Plaintiff,

    -against-

THE NEW YORK CITY DEPARTMENT OF
HOMELESS SERVICES, et al.

    Defendants.

**PLAINTIFF'S MOTION TO REDACT DOCUMENT & FILE UNDER SEAL**

Case No. 1:17-cv-03014-MKV-OTW

---

    Plaintiff respectfully moves this Court for an order permitting her to redact portions of the Declaration of Plaintiff Mariah Lopez ("Lopez Declaration") dated May 11, 2023. As set forth in Plaintiff's Memorandum of Law in support of her motion, filed herewith, the redactions Plaintiff requests concern portions of the Lopez Declaration that contain private and sensitive information, and are narrowly tailored to protect her safety and privacy interests.

    Accordingly, for the reasons set forth in the Memorandum in Support, Plaintiff respectfully requests that her Motion to Redact Document and File Under Seal be GRANTED.

    Respectfully submitted,

_/s/ A. Chinyere Ezie_
A. Chinyere Ezie
Senior Staff Attorney
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel./Fax: 212-614-6467
cezie@ccrjustice.org