UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIAH LOPEZ,<br><br>                            Plaintiff,<br><br>    -against-<br><br>THE NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES, et al.<br><br>    Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION TO REDACT DOCUMENT & FILE UNDER SEAL**<br><br><br><br><br>Case No. 1:17-cv-03014-MKV-OTW |

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff's Motion to Redact Document & File Under Seal is GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that the attached document, Declaration of Mariah Lopez, is to be filed by the Clerk of the Court UNDER SEAL, and that the contents of the document not be disclosed to any person or party, except to the Court, the Parties, and Counsel of Record.

**SO ORDERED.**

SIGNED on this the ___ day of _____.

_____
MARY KAY VYSKOCIL
United States District Judge