```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAH LOPEZ,

            Plaintiff,

-against-

NYC DEPARTMENT OF HOMELESS SERVICE et al.,

            Defendants.

17-cv-3014 (MKV)

ORDER TEMPORARILY
GRANTING
MOTION TO SEAL

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that the unredacted version of the Declaration of Mariah Lopez filed on May 11, 2023 [ECF No. 267-3] shall temporarily remain under seal, pending the Court's final resolution of Plaintiff's motion to seal [ECF No. 267].

**SO ORDERED.**

**Date:** May 12, 2023
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**