UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAH LOPEZ,

                Plaintiff,

        -against-

NYC DEPARTMENT OF HOMELESS SERVICES, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2023

17-cv-3014 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

       The motion to seal pending at ECF No. 267 is GRANTED. Plaintiff is directed to file a redacted copy of the Declaration on the docket.

       The Clerk of Court is respectfully requested to terminate ECF No. 267.

**SO ORDERED.**

Date: October 12, 2023
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1